**EXHIBIT 2**

BERLINER, CORCORAN & ROWE, L.L.P.

ATTORNEYS-AT-LAW

1101 SEVENTEENTH STREET, N.W.

SUITE 1100

WASHINGTON, D.C. 20036-4798

(202) 293-5555

## PRIVILEGED AND CONFIDENTIAL
## ATTORNEY WORK PRODUCT

July 7, 2006
Client No: 142-05

Global Horizons, Inc.
Attn: Mr. Mordechai Orian
11111 Santa Monica Boulevard
Suite 1440
Los Angeles, CA 90025

# FINAL BILL

### FOR PROFESSIONAL SERVICES RENDERED ON BEHALF OF
### GLOBAL HORIZONS, INC. FOR JUNE 2006

Representation in connection with administrative
proceedings pending before the U.S. Department of
Labor arising out of Global's business activities in
Arizona and Hawaii.

| | |
|---|---|
| Total Fees: | $ 13,614.00 |
| Total Disbursements: | $ 148.25 |
| Total Fees/Disbursements This Period: | $ 13,762.25 |
| Previously Billed Amount: | $ 163,376.11 |
| **AMOUNT DUE:** | **$ 177,138.36** |

BERLINER, CORCORAN & ROWE, L.L.P.
ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
(202) 293-5555

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

July 7, 2006
Client No: 142-05

Global Horizons, Inc.
Attn: Mr. Mordechai Orian
11111 Santa Monica Boulevard
Suite 1440
Los Angeles, CA 90025

## FINAL BILL

### FOR PROFESSIONAL SERVICES RENDERED ON BEHALF OF
### GLOBAL HORIZONS, INC. FOR JUNE 2006

| | | | |
|---|---|---|---|
| 6/02/06 | T. Wilson | 2.50 | Send a report to J. Holt re status of Global/DOL litigation; review J. Holt response; teleconference with M. Orian and A. Vincent re DOL press release and impact on Global. |
| 6/05/06 | T. Wilson | 2.80 | Review status of the case; review Holt e-mail and respond; review A. Vincent note forwarding N. Garcia (DOL) e-mail demanding payment; teleconferences with M. Orian and A. Vincent re developments. |
| | A. Vincent | 1.60 | Review e-mail from DOL's counsel re Global's failure to pay amounts required by settlement agreement; teleconference with M. Orian re status of settlement. |
| 6/06/06 | T. Wilson | 2.80 | Conference with A. Vincent re status; teleconferences with client; draft detailed advise memoranda to client providing guidance on possible consequences of not honoring the settlement agreement. |

Global Horizons - Billing
July 7, 2006
Page 2

|  |  |  |  |
|---|---|---|---|
|  | A. Vincent | 2.30 | Conference with T. Wilson re Global's decision not to perform settlement agreement obligations; advise T. Wilson re drafting of e-mail to client re inadvisability of failing to perform settlement agreement with DOL. |
|  | J. McClurg | 1.90 | Discuss with A. Vincent implications of not paying settlement and future discovery obligations; assist T. Wilson in drafting email to M. Orian regarding same. |
| 6/07/06 | T. Wilson | 2.70 | Draft advice e-mail summarizing the status of the case and possible Global approaches with DOL going forward; confer with A. Vincent and J. McClurg; consider Aloun Farms dimension raised by client; consider response to client inquiry. |
|  | A. Vincent | 2.00 | Advise T. Wilson re advice to client re litigation strategy and nature and scope of BCR representation in view of collapse of settlement process. |
| 6/09/06 | T. Wilson | 1.00 | Teleconference with client re communications with G. Friday (DOL); client request that we provide draft of press release for Global to consider; teleconferences with A. Vincent and J. McClurg to sketch out contents of possible press release, etc. |
|  | A. Vincent | .70 | Teleconferences with T. Wilson re DOL's possible intentions after M. Orian advised of DOL's G. Friday call to Orian re settlement situation. |
|  | J. McClurg | .30 | Teleconference with A. Vincent and T. Wilson to discuss press release and letter to G. Friday. |
| 6/12/06 | T. Wilson | 3.20 | Review e-mail received from N. Garcia (DOL) requesting status report on the settlement payment; conference with client on his wishes in response; client requests draft of summary of case for the press release being considered by Global; draft e- |

Global Horizons - Billing
July 7, 2006
Page 3

| | | | |
|---|---|---|---|
| | | | mail to client to be sent with proposed draft of Global press release. |
| | J. McClurg | 6.60 | Assist T. Wilson in drafting press release and cover letter regarding H-2A settlement. |
| 6/13/06 | T. Wilson | 2.20 | Confirm in e-mail to client teleconference of 6/12; summarize state of play and client's intentions going forward; confer with J. McClurg re issues to be included in client advise; organize material for wind-down of representation. |
| | J. McClurg | 1.60 | Consult T. Wilson regarding press release and future course of Global defense. |
| 6/14/06 | T. Wilson | 1.80 | Review Global press release; teleconference with J. Stanton re status of DOL matter and Aloun arbitration; teleconference with A. Ben-Ezra re status; confer with J. McClurg. |
| | J. McClurg | .10 | Review final Global Horizon press release. |
| 6/16/06 | T. Wilson | 1.00 | Teleconference with B. Jones to review the latest filing by DOL; telephone calls to M. Orian and A. Ben-Ezra; monitor voicemails. |
| 6/18/06 | T. Wilson | .50 | Retrieve voicemails and return the call of A. Maldonado re Global, etc. |
| 6/19/06 | T. Wilson | 2.00 | Review DOL filings re re-initiation of litigation; review e-mails; respond to A. Ben-Ezra e-mail of 6/15; interoffice conference on the pending situation. |
| | A. Vincent | 3.00 | Review DOL's Notice of Respondents' Non-Compliance with Settlement Agreement and supporting papers; conference with T. Wilson to prepare for teleconference with M. Orian and A. Ben-Ezra re nature of BCR's representation of |

Global Horizons - Billing
July 7, 2006
Page 4

|  |  |  |  |
|---|---|---|---|
|  |  |  | clients going forward; draft notice of withdrawal; draft letter to clients re DOL's motion to compel discovery responses and impending withdrawal of BCR as clients' counsel; conference with T. Wilson re same; teleconference with M. Orian and A. Ben-Ezra re same and re clients' plans to bring account with BCR current as soon as possible. |
|  | J. McClurg | .30 | Review email correspondence; review DOL pleadings regarding resumption of litigation. |
| 6/20/06 | T. Wilson | .80 | Teleconference with A. Vincent re developments, decision to withdraw from representation of Global in coordination with client, etc. |
|  | A. Vincent | 4.20 | Draft motion for enlargement of time to respond to DOL motion to compel discovery responses; draft e-mail to client re same; review ALJ's order denying Global's motion for summary decision on debarment proceeding; draft e-mail to client re same; conference with T. Wilson and teleconference with M. Orian re same. |
| 6/21/06 | T. Wilson | .70 | Teleconference with A. Vincent to monitor developments and to assure orderly withdrawal from Global litigation. |
| 6/27/06 | A. Vincent | .30 | Teleconference with J. Stanton, Esq., re his plans for impending withdrawal as co-counsel for Global in DOL H-2A enforcement proceedings. |

T. E. Wilson      24.00 hours at $375
A. Vincent        14.10 hours at   220
J. McClurg        10.80 hours at   140

Global Horizons - Billing
July 7, 2006
Page 5

### Disbursements

| | |
|---|---|
| Copies | 113.11 |
| Postage | .95 |
| Cabfare | 13.00 |
| Delivery | 21.19 |
| | 148.25 |

| | | |
|---|---|---|
| Total Fees: | $ | 13,614.00 |
| Total Disbursements: | $ | 148.25 |
| Total Fees/Disbursements This Period: | $ | 13,762.25 |
| Previously Billed Amount: | $ | 163,376.11 |
| **AMOUNT DUE:** | $ | **177,138.36** |