**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,
1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798,

          Plaintiff,

- against -

MORDECHAI ORIAN and
GLOBAL HORIZONS, INC.,
11111 Santa Monica Boulevard, Suite 1440
Los Angeles, California 90025-3348

          Defendant.

Case No.

## DECLARATION OF ANTONIA BROWNING SMILEY, CPA

I, Antonia Browning Smiley, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, and am otherwise competent to make this declaration. Except where stated otherwise, I make this declaration on the basis of personal knowledge and in support of Berliner, Corcoran & Rowe, L.L.P.'s ("BCR") Verified Complaint For Damages against Mordechai Orian and Global Horizons, Inc. ("Global Horizons").

2. I live at 2327 20th Street, N.W., Washington, D.C., 20009.

3. I am a certified public accountant, and have been licensed in the District of Columbia since 1979.

4. I have extensive experience and expertise in a wide range of accounting matters, including the calculation of simple interest, as evidenced in my *curriculum vitae* attached hereto as Exhibit A.

5. I am a tenant of BCR and my office is located within BCR's offices at 1101 Seventeenth Street, N.W., Suite 1100, Washington, D.C., 20036.

6. Although I have from time to time consulted on third party matters with a few members of BCR, I am a wholly independent certified public accountant, do not have any affiliation with BCR, and have not had any other dealings with BCR.

8. Before being approached to make this Declaration, I have never had any prior dealings with Mordechai Orian or Global Horizons.

9. On August 23, 2006, I was asked by Thomas E. Wilson, Counsel at BCR, to calculate the interest due on unpaid balances owed by Mordechai Orian and Global Horizons to BCR pursuant to the interest chargeable by BCR on overdue unpaid amounts in accordance with the November 14, 2005 engagement letter executed by Mordechai Orian personally and on behalf of Global Horizon (1.5% per month, simple interest on unpaid balances after 30 days from the date of the invoice).

10. In order to compute the interest due, I personally reviewed the engagement letter dated November 14, 2005 between BCR and Mordechai Orian and Global Horizons, all invoices sent from BCR to Mordechai Orian and Global Horizons, a ledger showing amounts charged and billed to Mordechai Orian and Global Horizons and payments received by BCR, and BCR's Verified Complaint for Damages.

11. Based on the aforementioned documents, I computed the total interest owed by Mordechai Orian and Global Horizons on unpaid balances to BCR to be $14,822.32 as of August 31, 2006.

12. Those totals were calculated by the process described below, and are set forth on a schedule attached hereto as Exhibit B.

13. To calculate the total interest owed, I determined the interest owed for each invoice issued to Mordechai Orian and Global Horizons, and then added those totals.

14. The first step in this process was to determine the balance due for each billing cycle.

15. For the first invoice dated December 6, 2005, the amount due was calculated by subtracting the remaining aggregate retainer amount paid by Mordechai Orian and Global Horizons Inc., ($20,000 less $562.50 relating to services provided by BCR in the context of the initial consultation with Mordechai Orian and Global Horizons in April of 2005) from the December 6, 2005 invoice amount ($43,398.52) for a remaining amount due of $23,961.02.

16. For each subsequent billing cycle, the amount due equaled the balance remaining from the previous invoice, plus any charges incurred subsequent to that invoice.

17. Upon determining the unpaid balance relating to each invoice, I computed the 30-day grace period provided for in the November 14, 2005 engagement letter. According to the engagement letter, interest began accruing after the 30-day grace period. To compute the 30-day period I added 30 days to the date of each invoice (*e.g.,* the 30-day grace period for the invoice dated December 6, 2005 ended on January 6, 2006).

18. Next, I reviewed the ledger to determine whether a payment was made, and if so, the exact date of such payment.

19. Where a payment was made, I calculated the amount of days it was overdue by determining how many days had lapsed since the 30-day grace period ended (*e.g.*, for the invoice dated December 6, 2005, the payment was received on January 31, 2006, 25 days after the 30-day grace period had lapsed on January 6, 2006).

20. For those invoices where no payment was made, I calculated the number of days the invoice was overdue by determining how many days had lapsed between the end of the 30-day grace period to the date on which the Verified Complaint was intended to be filed (August 31, 2006)(*e.g.*, 147 days have lapsed since the end of the grace period for the invoice dated March 6, 2006).

21. Once the number of overdue days was determined for each invoice, I applied simple interest at a rate of 1.5% per 30 days to determine the interest due for each overdue amount.

22. The final step in the process was to add together the interest due for each invoice to reach a grand total of $14,822.32. This amount reflects all interest due on outstanding balances owed to BCR up to August 31, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2006.

_____
Antonia Browning Smiley, CPA

4

**EXHIBIT A**

# ANTONIA BROWNING SMILEY
## CERTIFIED PUBLIC ACCOUNTANT

1101 SEVENTEENTH STREET NW, SUITE 1100 ✦ WASHINGTON, DC 20036
TEL 202 466-3945 ✦ FAX 202 332-2258
TONISMILEY@AOL.COM

30 August 2006

ANTONIA BROWNING SMILEY, CPA is in private practice,
specializing in tax planning and compliance.

Member of the American and the Greater Washington Society of CPAs.
Elected to the Board of Governors, served as Treasurer,
Vice-President and President (1992-93) of the GWSCPA.

Elected to Council of the AICPA (1995-98).
Named to NASBA/AICPA International Qualifications Appraisal
Board. Served on AICPA State Legislation Committee.

Appointed to DC Board of Accountancy 1997-2007

Taught at the CPA School of Washington, written articles and
lectured on tax matters and participated in tax programs
sponsored by WAMU, the Internal Revenue Service, USA Today
and other national publications. Named one of Washington's
best CPAs by Washingtonian Magazine.

Community activities include serving on the Board of Directors of
the Alliance Francaise de Washington, Docent (Italian) for
the National Gallery of Art, Hospitality and Information
Service (Meridian International Center), Board of Directors
of Berkshire School of Contemporary Art.

Attended Oberlin College, Army Language School (Monterey) and
Corcoran School of Art. Member of Mensa. Listed in Who's
Who in the East.

**EXHIBIT B**

**SCHEDULE OF CALCULATION OF INTEREST DUE ON UNPAID INVOICES OF BERLINER, CORCORAN & ROWE, L.L.P. TENDERED TO MORDECHAI ORIAN AND GLOBAL HORIZONS, INC. BETWEEN DECEMBER 6, 2005 AND JULY 7, 2006**

| New Charges | Date Billed | 30 Day Grace | Payment Received | Date Paid | Days Late @ 1.5% /30 days | Interest Charge |
|---|---|---|---|---|---|---|
|  |  |  | $5,000.00 | 04/18/05 |  |  |
| $ 562.50 | 05/10/05 |  | 15,000.00 | 11/23/05 |  |  |
| 43,398.52 | 12/06/05 |  |  |  |  |  |
|  |  | 01/06/06 | 23,961.02 | 01/31/06 | 25 | $299.51 |
| 100,933.26 | 01/10/05 | 02/10/06 | 40,000.00 | 03/07/06 | 25 | 500.00 |
|  |  | 02/10/06 | 40,000.00 | 03/22/06 | 40 | 800.00 |
|  |  | 02/10/06 | 20,933.26 | 05/04/06 | 83 | 868.73 |
| 9,066.74 | 02/07/06 | 03/07/06 | 9,066.74 | 05/04/06 | 58 | 262.94 |
| 80,686.32 | 02/07/06 | 03/07/06 |  | (08/31/06) | 177 | 7,140.74 |
| 28,766.62 | 03/06/06 | 04/06/06 |  | (08/31/06) | 147 | 2,114.35 |
| 34,550.84 | 04/07/06 | 05/07/06 |  | (08/31/06) | 116 | 2,003.95 |
| 12,626.27 | 05/12/06 | 06/12/06 |  | (08/31/06) | 80 | 505.05 |
| 6,746.06 | 06/14/06 | 07/14/06 |  | (08/31/06) | 48 | 161.91 |
| 13,762.25 | 07/07/06 | 08/07/06 |  | (08/31/06) | 24 | 165.15 |
|  |  |  |  |  |  |  |
| $331,099.38 |  |  | $153,961.02 |  | Total Interest | $14,822.32 |