UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P.,<br><br>Plaintiff,<br><br>- against -<br><br>MORDECHAI ORIAN and GLOBAL HORIZONS, INC.<br><br>Defendants. | Case No. 1:06-CV-01543(CKK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiff Berliner, Corcoran & Rowe, L.L.P., in this action and accordingly requests that all papers and notices served in the action be served upon him by electronic means or otherwise at the address stated below.

Dated:  Washington, D.C.
September 15, 2006

BERLINER, CORCORAN & ROWE, L.L.P.

*Pro se*

By:   /s/ Jason A. McClurg
Jason A. McClurg
D.C. Bar No. 491172

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: jam@bcr-dc.com