UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, L.L.P.,

              Plaintiff,

- against -

MORDECHAI ORIAN and GLOBAL HORIZONS, INC.

              Defendants.

Case No. 1:06-CV-01543(CKK)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of September, 2006, I caused a true and correct copy of the Notice of Appearance by Jason Aaron McClurg on behalf of Berliner, Corcoran & Rowe, L.L.P. and a Notice of Electronic Filing, to be served on the following by first-class mail, postage prepaid, addressed to:

Mordechai Orian
23458 W. Moon Shadows Dr.
Malibu, CA 90265

Global Horizons, Inc.,
Attn: Mordechai Orian
11111 Santa Monica Blvd.
Suite 1440
Los Angeles, CA 90025-3348

              BERLINER, CORCORAN & ROWE, L.L.P.

              *Pro se*

            By:   /s/ Jason A. McClurg

        Jason A. McClurg
            D.C. Bar No. 491172

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: jam@bcr-dc.com