## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BERLINER, CORCORN & ROWE, L.L.P., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORDECHAI ORIAN | ) | Case No. 1:06-CV-01543(CKK) |
| | ) | |
| 23458 W. Moon Shadows Dr. | ) | |
| Malibu, CA 90265 | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| GLOBAL HORIZONS, INC. | ) | |
| | ) | |
| 1111 Santa Monica Blvd. | ) | |
| Suite 1440 | ) | |
| Los Angeles, CA 90025-3348, | ) | |
| | ) | |
| *Defendants*. | ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING
## ANSWER OR OTHER  RESPONSIVE PLEADING TO OCTOBER 6, 2006

Defendants Morechai Orian and Global Horizons, Inc. (collectively, "Defendants"), through their undersigned attorney, submit this Unopposed Motion to Extend Deadline for Filing Answer or Other Responsive Pleading to October 6, 2006.  In support of this Motion, Defendants state the following:

1.      Without admitting the sufficiency of service, the Verified Complaint in this action was received by Mordechai Orian on or about September 13, 2006.  Under Federal Rule of Civil Procedure 12(a)(1)(A), an answer must be served by October 2, 2006.

2.      Due to a conflict in the schedule of Defendants' undersigned counsel, Defendants' counsel requested that counsel for Plaintiff agree to an extension of time for filing an answer or other responsive pleading.  Plaintiff's counsel agreed to a five-day extension to October 6, 2006.

3.      On October 2, 2006, Plaintiff's counsel informed Defendants' counsel that Plaintiff does not oppose this motion.

4.      Thus, for good cause shown, Defendants request that this Court extend the deadline for filing an answer or other responsive pleading to and through October 6, 20006.

WHEREFORE, this Court should extend the deadline for filing an answer or other responsive pleading to and through October 6, 2006.

Dated: October 2, 2006                          Respectfully submitted,


/s/ Alyson A. Foster
Alyson A. Foster (D.C. Bar No. 478091)
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005
Tel: (202) 772-2200
Fax: (202) 772-3333

*Attorney for Defendants Mordechai Orian and Global Horizons, Inc.*