UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BERLINER, CORCORN & ROWE, L.L.P., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| MORDECHAI ORIAN and GLOBAL HORIZONS, INC. | ) ) ) ) | Case No. 1:06-CV-01543(CKK) |
| *Defendants*. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, a true and correct copy of the Unopposed Motion to Extend Deadline for Filing Answer or Other Responsive Pleading to October 6, 2006, and Proposed Order, were served by first-class mail, postage prepaid, and by means of electronic filing, on *pro se* Plaintiff as follows:

> Thomas E. Wilson, Esq.
> Jason A. McClurg, Esq.
> BERLINER, CORCORN & ROWE, L.L.P.
> 1101 17th Street, N.W.
> Suite 1100
> Washington, D.C. 20036-4798
> Tel: (202) 293-5555
> Fax: (202) 293-9095

                By:    /s/ Alyson A. Foster
                         Alyson A. Foster (D.C. Bar No. 478091)
                         GILBERT HEINTZ & RANDOLPH LLP
                         1100 New York Avenue, NW
                         Suite 700
                         Washington, D.C. 20005
                         Tel: (202) 772-2200
                         Fax: (202) 772-3333

                         *Attorney for Defendants Mordechai Orian and Global Horizons, Inc.*