UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
BERLINER, CORCORN & ROWE, L.L.P.,  )
                                   )
          *Plaintiff,*             )
                                   )
    v.                            )
                                   )
MORDECHAI ORIAN and GLOBAL         )    Case No. 1:06-CV-01543(CKK)
HORIZONS, INC.                     )
                                   )
          *Defendants*.            )
_____)

**PROPOSED ORDER**

    For good cause shown, it is this ____ day of _____, 2006, it is HEREBY ORDERED that Defendants Morechai Orian and Global Horizons, Inc. must file an answer or other responsive pleading on or before October 6, 2006.

 

_____
The Honorable Colleen Kollar-Kotelly
United States District Court for the
District of Columbia