AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Berliner, Corcoran & Rowe, L.L.P.

V.

Mordechai Orian and
Global Horizons Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01543

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 08/31/2006

TO: (Name and address of Defendant)



Mordechai Orian
23458 W. Moon Shadows Dr.
Malibu, CA  90265

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Wilson, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 Seventeenth St, N.W.
Suite 1100
Washington, D.C. 20036-4798

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG 3 1 2006
CLERK                              DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>SEPTEMBER 12, 2006  7:05AM |
| NAME OF SERVER *(PRINT)*<br>G.D. LICHTENBERGER | TITLE<br>RPS #348 VENTURA COUNTY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 23458 W. MOON SHADOWS DR.
  MORDECHAI ORIAN                                              MALIBU, CA. 90265

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/13/2006
             Date

*Signature of Server*  G.D. LICHTENBERGER
WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.