# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

## REPLY OF BERLINER, CORCORAN & ROWE, L.L.P. TO DEFENDANTS' COUNTERCLAIM

Berliner, Corcoran & Rowe, L.L.P. [hereinafter "BCR"], by counsel, hereby submits its Reply to the Counterclaim of Mordechai Orian and Global Horizons, Inc. [hereinafter "Counterclaimants"].

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted to the Counterclaimants.

### SECOND DEFENSE

1. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 1 of the Counterclaim and demands strict proof thereof.

2. BCR avers that the documents described in paragraph 2 of the Counterclaim speak for themselves and denies any allegations inconsistent therewith. BCR denies any remaining allegations that may appear in that paragraph.

3.     BCR admits the allegations set forth in the first and third sentences of paragraph 3 of the Counterclaim.  BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in the second sentence of paragraph 3 of the Counterclaim and demands strict proof thereof.

4.     BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 4 of the Counterclaim and demands strict proof thereof.

5.     BCR denies the allegations set forth in paragraph 5 of the Counterclaim.

6.     BCR denies the allegations set forth in paragraph 6 of the Counterclaim.

7.     BCR denies the allegations set forth in paragraph 7 of the Counterclaim.

8.     BCR denies the allegations set forth in paragraph 8 of the Counterclaim, as worded.

9.     BCR admits that the document described in paragraph 9 of the Counterclaim is attached to the Complaint as Exhibit 1.  BCR further avers that the document speaks for itself and denies any allegations inconsistent therewith.  BCR denies the remaining allegations in paragraph 9 of the Counterclaim.

10.     BCR avers that the document described in the first, third and fourth sentences of the Counterclaim speaks for itself and denies any allegations inconsistent therewith.  BCR denies the allegations set forth in the second sentence of paragraph 10 of the Counterclaim.

11.     BCR denies the allegations set forth in paragraph 11 of the Counterclaim, as worded.

12.     BCR denies the allegations set forth in paragraph 12 of the Counterclaim.

13.     BCR denies the allegations set forth in paragraph 13 of the Counterclaim.

14. BCR denies the allegations set forth in paragraph 14 of the Counterclaim.

15. BCR denies the allegations set forth in paragraph 15 of the Counterclaim.

16. BCR avers that the document described in paragraph 16 of the Counterclaim speaks for itself and denies any allegations inconsistent therewith.

17. BCR denies the allegations set forth in paragraph 17 of the Counterclaim.

18. BCR denies the allegations set forth in paragraph 18 of the Counterclaim.

19. BCR denies the allegations set forth in paragraph 19 of the Counterclaim.

20. BCR denies the allegations set forth in the first sentence of paragraph 20 of the Counterclaim, as worded. BCR denies the allegations set forth in the second sentence of paragraph 20 of the Counterclaim.

21. BCR admits the allegations set forth in the second sentence of paragraph 21 of the Counterclaim. BCR denies the remaining allegations set forth in the paragraph 21 of the Counterclaim.

22. BCR denies the allegations set forth in paragraph 22 of the Counterclaim.

23. BCR denies the allegations set forth in paragraph 23 of the Counterclaim.

24. BCR denies the allegations set forth in paragraph 24 of the Counterclaim.

25. BCR denies the allegations set forth in paragraph 25 of the Counterclaim.

26. BCR denies the allegations set forth in the second sentence of paragraph 26 of the Counterclaim, as worded and denies the remaining allegations.

27. BCR avers that the document described in paragraph 27 of the Counterclaim speaks for itself and denies any allegations inconsistent therewith. BCR denies the remaining allegations set forth in paragraph 27.

28. BCR denies the first sentence set forth in paragraph 28 of the Counterclaim, as worded. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in the second sentence of paragraph 28 of the Counterclaim and demands strict proof thereof. BCR denies the allegations set forth in the third sentence of paragraph 28 of the Counterclaim.

29. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in the second sentence of paragraph 29 of the Counterclaim and demands strict proof thereof.

30. BCR denies the allegations set forth in paragraph 30 of the Counterclaim.

31. With respect to the first sentence of paragraph 31 of the Counterclaim, BCR avers that it withdrew from Case Nos. 2005-TLC-00006 and 2005-TAE-00001 on June 20, 2006, and denies any allegations in that sentence that are inconsistent with this averment. BCR denies the allegations set forth in the second sentence of paragraph 31 of the Counterclaim as worded.

32. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 32 of the Counterclaim and demands strict proof thereof.

## FIRST COUNTERCLAIM

33. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 32 of this Reply to the Counterclaim.

34. BCR denies the allegations set forth in paragraph 34 of the Counterclaim.

35. BCR denies the allegations set forth in paragraph 35 of the Counterclaim.

36. BCR denies the allegations set forth in paragraph 36 of the Counterclaim.

37. BCR denies the allegations set forth in paragraph 37 of the Counterclaim.

38. BCR denies the allegations set forth in paragraph 38 of the Counterclaim.

## SECOND COUNTERCLAIM

39. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 38 of this Reply to the Counterclaim.

40. BCR denies the allegations set forth in paragraph 40 of the Counterclaim, as worded.

41. Paragraph 41 of the Counterclaim sets forth a legal contention that requires no averment from BCR. BCR denies any factual allegations that may be asserted therein.

42. BCR denies the allegations set forth in paragraph 42 of the Counterclaim.

43. BCR denies the allegations set forth in paragraph 43 of the Counterclaim.

## THIRD COUNTERCLAIM

44. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 43 of this Reply to the Counterclaim.

45. BCR denies the allegations set forth in paragraph 45 of the Counterclaim, as worded.

46. BCR denies the allegations set forth in paragraph 46 of the Counterclaim.

47. BCR denies the allegations set forth in paragraph 47 of the Counterclaim.

48. BCR denies the allegations set forth in paragraph 48 of the Counterclaim.

49. BCR denies the allegations set forth in paragraph 49 of the Counterclaim.

50. BCR denies the allegations set forth in paragraph 50 of the Counterclaim.

51. BCR denies the allegations set forth in paragraph 51 of the Counterclaim.

## FOURTH COUNTERCLAIM

52. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 51 of this Reply to the Counterclaim.

53. BCR denies the allegations set forth in paragraph 53 of the Counterclaim, as worded.

54. BCR denies the allegations set forth in paragraph 54 of the Counterclaim.

55. BCR denies the allegations set forth in paragraph 55 of the Counterclaim.

56. BCR denies the allegations set forth in paragraph 56 of the Counterclaim.

57. BCR denies the allegations set forth in paragraph 57 of the Counterclaim.

58. BCR denies the allegations set forth in paragraph 58 of the Counterclaim.

59. BCR denies the allegations set forth in paragraph 59 of the Counterclaim.

## FIFTH COUNTERCLAIM

60. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 59 of this Reply to the Counterclaim.

61. BCR denies the allegations set forth in paragraph 61 of the Counterclaim.

62. BCR denies the allegations set forth in paragraph 62 of the Counterclaim.

63. BCR denies the allegations set forth in paragraph 63 of the Counterclaim.

64. BCR denies the allegations set forth in paragraph 64 of the Counterclaim.

## SIXTH COUNTERCLAIM

65. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 64 of this Reply to the Counterclaim.

66. BCR denies the allegations set forth in paragraph 66 of the Counterclaim as

worded.

67. Paragraph 67 of the Counterclaim sets forth a legal contention that requires no averment from BCR. BCR denies any factual allegations that may be asserted therein.

68. BCR denies the allegations set forth in paragraph 68 of the Counterclaim.

69. BCR denies the allegations set forth in paragraph 69 of the Counterclaim.

70. BCR denies the allegations set forth in paragraph 70 of the Counterclaim.

71. BCR denies the allegations set forth in paragraph 71 of the Counterclaim.

72. BCR denies the allegations set forth in paragraph 72 of the Counterclaim.

73. BCR denies the allegations set forth in paragraph 73 of the Counterclaim.

BCR denies the allegations set forth in the "Wherefore" paragraph of the Counterclaim and denies that Counterclaimants are entitled to the relief requested therein.

### THIRD DEFENSE

BCR denies all allegations not specifically admitted herein and denies that the Counterclaimants are entitled to judgment as prayed for in the Counterclaim.

### FOURTH DEFENSE

BCR avers that Counterclaimants' claims are barred, in whole or in part, by the doctrine of failure to mitigate damages.

### FIFTH DEFENSE

BCR avers that the injuries, losses and damages, if any, suffered by the Counterclaimants are the result of their sole and/or contributory negligence.

### SIXTH DEFENSE

BCR avers that Counterclaimants' claims are barred by the doctrine of estoppel.

<u>SEVENTH DEFENSE</u>

BCR avers that Counterclaimants' claims are barred by the doctrine of waiver.

<u>EIGHTH DEFENSE</u>

BCR avers that the injuries, losses and damages, if any, suffered by the Counterclaimants are the result of their voluntary assumption of the risk.

<u>NINTH DEFENSE</u>

BCR avers that Counterclaimants' claims are barred by the doctrine of fraud.

<u>TENTH DEFENSE</u>

BCR avers that Counterclaimants' claims are barred by the doctrines of <u>in pari delicto</u> and/or unclean hands.

<u>ELEVENTH DEFENSE</u>

BCR avers that Counterclaimants' claims are barred, in whole or in part, by the doctrine of laches.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.


By: /s/ Thomas E. Wilson
    Thomas E. Wilson #132704
    Jason A. McClurg #491172
    1101 17th Street, N.W., Suite 1100
    Washington, DC 20036-4798
    (202) 293-5555
    Plaintiff, *Pro Se*

                JORDAN COYNE & SAVITS, L.L.P.

By:   /s/ John Tremain May
     John Tremain May #294199
     1100 Connecticut Ave., N.W., Suite 600
     Washington, D.C. 20036
     (202) 496-2805 –  (202) 496-2800 (fax)
     jmay@jocs-law.com
     Attorneys for Berliner, Corcoran & Rowe,
     L.L.P. in defense of the Counterclaim