UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| MORDECHAI ORIAN, ) | Case No. 1:06-CV-01543(CKK) |
| GLOBAL HORIZONS, INC., ) | |
| ) | (The Honorable Colleen Kollar-Kotelly) |
| *Defendants.* ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF KARI E. HONG**

Pursuant to Local Rule 83.2, Alyson A. Foster, an attorney licensed to practice law in the District of Columbia and attorney for Defendants Mordechai Orian and Global Horizons, Inc. in this action, respectfully moves the admission *pro hac vice* of Kari E. Hong of the law firm Law Offices of Kari E. Hong for purposes of appearing as co-counsel in this action.

Ms. Foster is a member in good standing of the bar of Washington, D.C. and is duly licensed to practice law before the highest court in the District of Columbia.

Based upon this Motion and the supporting Declaration of Kari E. Hong, the undersigned certifies that Kari E. Hong is in compliance with Local Rule 83.2 and that she should be admitted *pro hac vice* in this action.

Dated: October 31, 2006							Respectfully submitted,


							/s/ Alyson A. Foster						

							Alyson A. Foster (DC Bar No. 478091)
							GILBERT HEINTZ & RANDOLPH LLP
							1100 New York Avenue, NW
							Suite 700
							Washington, DC 20005
							Tel: (202) 772-2200
							Fax: (202) 772-3333

							*Attorney for Defendants Mordechai Orian and*
							 *Global Horizons, Inc.*