UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| MORDECHAI ORIAN, ) | Case No. 1:06-CV-01543(CKK) |
| GLOBAL HORIZONS, INC., ) | |
| ) | (The Honorable Colleen Kollar-Kotelly) |
| *Defendants*. ) | |

**DECLARATION OF KARI E. HONG
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.2(d), I, Kari E. Hong, declare under penalties of perjury as follows:

1. I am above 18 years of age and my full name is Kari Elisabeth Hong.

2. My law office, the Law Offices of Kari E. Hong, has locations at 320 SW Stark Street, Suite 518, Portland, OR, 97204, (503) 242-3500, and at 1300 Clay Street, Suite 600, Oakland, CA, 94612, (415) 606-1339.

3. I am a member in good standing of the bars of the State of California, the State of Oregon, the U.S. District Court of the Northern District of California, the U.S. District Court of the Central District of California, and the U.S. Court of Appeals of the Ninth Circuit.

4. I am not and have not been subjected to any disciplinary proceedings by any bar or court.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct. This statement was executed under penalty of perjury on this 31st day of October 2006 at Portland, Oregon.

Dated: October 31, 2006                         /s/ Kari Hong_____

Kari E. Hong
(OR Bar No. 06590 CA Bar No. 220252)
LAW OFFICES OF KARI E. HONG
320 SW Stark Street, Suite 518
Portland, OR 97204
Tel: (503) 242-3500
Fax: (503) 242-3505