UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BERLINER, CORCORN & ROWE, L.L.P.,     )
                                      )
            *Plaintiff*,              )
                                      )
      v.                              )
                                      )
MORDECHAI ORIAN,                      )  Case No. 1:06-CV-01543(CKK)
GLOBAL HORIZONS, INC.,                )
                                      )  (The Honorable Colleen Kollar-Kotelly)
            *Defendants*.             )
_____   )

**ORDER GRANTING MOTION
FOR *PRO HAC VICE* ADMISSION OF KARI E. HONG**

Upon consideration of the foregoing Motion for *Pro Hac Vice* Admission of Kari E. Hong and supporting Declaration,

IT IS HEREBY ORDERED that in accordance with Local Rule 83.2, Kari E. Hong may appear and be heard at hearings in this case and any and all proceedings arising therein.

Washington, District of Columbia, this ____ day of November, 2006.

                                    _____
                                    Colleen Kollar-Kotelly, District Judge