UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| *Plaintiff-Counterclaim Defendant*, | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| MORDECHAI ORIAN, et al. | : | |
| *Defendants - Counterclaimants*. | : | |

CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiff-Counterclaim Defendant, Berliner Corcoran & Rowe, L.L.P., by undersigned counsel, hereby requests a continuance of the Initial Scheduling Conference. On November 29, 2006, the Court entered an Order setting the Initial Scheduling Conference for January 11, 2007. Counsel for the Counterclaim-Defendant will be out of the country from January 11, 2007 through January 15, 2007.

All counsel are available to attend the conference on January 18, 2006, if that date is available on the Court's Schedule.

Wherefore, Plaintiff-Counterclaim Defendant, Berliner Corcoran & Rowe, L.L.P. respectfully requests that the Initial Scheduling Conference be continued to January 18, 2007. Counsel for Defendants-Counterclaimants consent to this Motion.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555
   Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ John Tremain May
   John Tremain May #294199
   1100 Connecticut Ave., N.W., Suite 600
   Washington, D.C. 20036
   (202) 496-2805 – (202) 496-2800 (fax)
   jmay@jocs-law.com
   Attorneys for Berliner, Corcoran & Rowe,
   L.L.P. in defense of the Counterclaim

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed R. Civ. P. 6(a).

2. L. Cv. R. 16.1(b).

3. The record herein.

    /s/ John Tremain May