UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-*  *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -*  *Counterclaimants.* | : | |

O R D E R

Upon consideration of the Consent Motion to Continue Initial Scheduling Conference, it is this _____ day of _____, 2006,

ORDERED, that the Motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that the Initial Scheduling Conference is hereby continued to January 18, 2007, at \_\_\_\_\_ .

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Alyson A. Foster, Esquire
Kari E. Hong, Esquire