# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| MORDECHAI ORIAN, ) | Case No. 1:06-CV-01543(CKK) |
| GLOBAL HORIZONS, INC., ) | |
| ) | (The Honorable Colleen Kollar-Kotelly) |
| *Defendants.* ) | |

## SUPPLEMENTAL DECLARATION OF KARI E. HONG
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(d), I, Kari E. Hong, declare under penalties of perjury as follows:

1. I am filing this supplemental declaration to be included in the previously filed Motion for *Pro Hac Vice* Admission of Kari E. Hong, which is incorporated in its entirety herein. That motion was granted on December 4, 2006, pending certification that I am familiar with the Local Rules of this Court.

2. I hereby attest that I have reviewed and am personally familiar with the Local Rules of the United States District Court of the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct. This statement was executed under penalty of perjury on this 8th day of December 2006 at Portland, Oregon.

Dated: December 8, 2006        /s/ Kari Hong

Kari E. Hong
(OR Bar No. 06590 CA Bar No. 220252)
LAW OFFICES OF KARI E. HONG
320 SW Stark Street, Suite 518
Portland, OR 97204
Tel: (503) 242-3500
Fax: (503) 242-3505