# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

PLAINTIFF'S REQUESTS FOR PRODUCTION
OF DOCUMENTS PROPOUNDED TO MORDECHAI ORIAN

  You are hereby requested to produce, pursuant to Rule 34 of the Federal Rules of Civil Procedure, the documents described below that are in your possession, custody or control or in the possession custody or control of your agents, employees, attorneys and all other persons acting on your behalf or on behalf of your agents, employees and attorneys.  The Documents should be produced for inspection at the offices of Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C.  20036, within thirty (30) days from the date of service of these Requests.  These discovery requests are continuing in nature, so as to require you to file Supplemental Answers if you obtain further or different information before trial.

  Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agent, representative, and, unless privileged, counsel for that party.

As used herein, the term "document" means any written, recorded, or graphic matter of any nature, however produced or reproduced, whether transcribed by hand or by some mechanical, electronic, photographic or other means, and regardless of whether the original is now in existence, and includes the original and all copies or drafts prepared in connection with such document, regardless of the manner in which the copies or drafts were prepared or whether they were ever used, and further includes, but is not limited to: papers; books; records; letters; correspondence; notebooks; bulletins; forms; deposition transcripts; contracts; agreements; certificates; minutes; reports; studies; charts; graphs; maps; analyses; statistical records; ledgers; journals; receipts; canceled checks; statements; videotapes; sound and/or tape recordings; computer disks or tapes; memoranda; photostats; microfilm; microfiche; inter-office or intra-office communications; diaries; calendars; stenographer's notebooks; appointment books; and other papers or matters similar to any of the foregoing, whether received by you or prepared by you for your own use or transmittal. If a document has been prepared in several copies, or additional copies have been made, and the copies are not or are no longer identical, each non-identical copy is a separate "document."

The word "you" shall be construed to mean yourself, your agents, employees, attorneys and all other persons acting on your behalf or on behalf of your agents, employees and attorneys.

The term "BCR" shall be construed to mean Berliner, Corcoran & Rowe, L.L.C., and all of its officers, directors, agents and employees, as well as Thomas Wilson, Esquire.

The term "Administrative Proceedings" shall have the meaning given for that term in paragraph 12 of the Complaint.

Unless otherwise indicated, these discovery requests cover the period from January 1,

2002, through the date of filing the responses thereto.

If you do not answer any discovery request because of a claim of privilege, set forth the privilege claimed, the facts upon which you rely to support your claim of privilege, and identify all documents for which such privilege is claimed.

As used herein, words of one gender shall include the comparable, appropriate words of each other gender when required to avoid an ambiguity.

\* \* \*

1. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 4 propounded to you.

2. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 8 propounded to you.

3. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 9 propounded to you.

4. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 10 propounded to you.

5. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 12 propounded to you.

6. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 13 propounded to you.

7. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 14 propounded to you.

8. All documents that were identified in answer to, or the identification of which was

requested in BCR's Interrogatory number 15 propounded to you.

9. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 16 propounded to you.

10. All documents that were identified in answer to, or the identification of which was requested in BCR's Interrogatory number 20 propounded to you.

11. All documents relating to the subject matter of this lawsuit prepared by persons whom you expect to call as expert witnesses at the trial of this action.

12. All documents sent by you to or received by you from any person whom you expect to call as an expert witness at the trial of this action.

13. All documents relating to the subject matter of this lawsuit that were reviewed by any person whom you expect to call as an expert witness at the trial of this action.

14. The curriculum vitae or resume and the complete file regarding this lawsuit of persons whom you expect to call as expert witnesses at the trial of this action.

15. All publications, including, but not limited to, any article, treatise, textbook or other publication, upon which your expert(s) will rely at the trial of this action, or which you intend to introduce at the trial of this action.

16. All documents, including, but not limited to, writings, rules, regulations, or statutes, that you contend establish or tend to prove the standard of care applicable to the defendants in this action.

17. All transcribed or written statements of persons or witnesses who have knowledge of the facts of this case, including all copies of such documents with handwritten or other annotations.

18. All documents disclosing, relating or referring to any communications from or to BCR.

19. All documents relating to your claim that you suffered damages as a result of BCR's alleged conduct.

20. All documents comprising or relating to your federal and state tax returns from 2002 to the present, including supporting schedules, and related work papers.

21. All documents comprising or relating to your financial statements, balance sheets, and any other statement of income, assets and liabilities, and related work papers that were prepared between January 1, 2005 and the filing of this lawsuit.

22. All documents relating to any services provided to you by BCR.

23. All documents from 2002 to the present relating to reports, notes, memoranda, or other written material, including information contained in any computer form, prepared by you or any person on your behalf, relating to the services or conduct of BCR, including but not limited to, any reports, notes, memoranda or other written material.

24. All of your diaries, calendars, daily planners or schedules, whether in writing or stored electronically, from January 1, 2002, to July 20, 2006.

25. All documents related to the Administrative Proceedings, including but not limited to all documents filed in the Administrative Proceedings, all correspondence between you and any person concerning the Administrative Proceedings and all correspondence between the lawyers representing you in the Administrative Proceedings and any other person concerning the Administrative Proceedings.

26. All files maintained by you, or any of your attorneys, consultants or agents related

to the Administrative Proceedings.

27. All documents not previously requested which in any way support your claims as set forth in your Complaint.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555 – (202) 293-9035 (fax)
   twilson@bcr-dc.com
   Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ John Tremain May
   John Tremain May #294199
   1100 Connecticut Ave., N.W., Suite 600
   Washington, D.C. 20036
   (202) 496-2805 – (202) 496-2800 (fax)
   jmay@jocs-law.com
   Attorneys for Berliner, Corcoran & Rowe,
   L.L.P. in defense of the Counterclaim