UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| *Plaintiff-* *Counterclaim Defendant,* | : : : : | |
| v. | : : | Case No.: 1:06-CV-01543(CKK) |
| MORDECHAI ORIAN, et al. | : : : | |
| *Defendants -* *Counterclaimants.* | : : | |

**RULE 26(f) REPORT OF ALL PARTIES**

On December 8, 2006, counsel for all parties met to confer pursuant to Fed. R. Civ. P. 26(f) and discussed the agenda items set forth in Local Civil Rule 16.3(c). As a result of that conference, the parties hereby submit this joint report.

1. There are no dispositive motions pending. However, the parties believe that dispositive motions are likely after the close of discovery.

2. The parties request that a deadline of March 19, 2007, be set for the joining of any other parties and for the amendment of pleadings. A proposed Scheduling Order incorporating all of the dates suggested in this Report is attached.

3. The Parties do not wish to assign the case to a Magistrate Judge for all purposes.

4. While the Parties are open to the possibility of settlement, no constructive talks have yet occurred. The Parties believe that it is unlikely that constructive settlement talks can take place before there has been significant discovery.

5. The Parties are in favor of a Mediation session after the close of all discovery.

6. The Parties request that dispositive motions be due on or before July 17, 2007.

7. The parties do not wish to dispense with initial disclosures, but have agreed that all initial disclosures will be due on or before January 10, 2007.

8. The parties request that discovery be closed 150 days after the Initial Scheduling Conference.

9. The parties do not request any modifications to the expert reporting requirements set forth in Rule 26(a)(2).  The parties request that parties be required to identify experts on issues for which the parties have the burden of proof (Proponents' Experts), and to provide their reports, on or before April 18, 2007.  The parties request that the parties be required to identify experts to respond to the Proponents' Experts (Opponents' Experts), and to provide their reports, on or before May 18, 2007.

10. This is not a class action.

11. The Parties are not in favor of bifurcation at this time.

12. The parties request that the Pretrial Conference be set for a date 60 days after the Court rules on any dispositive motions.

13. The parties request that the trial date be set at the Pretrial Conference in this matter.

14. Because this case involves counterclaims by clients against the clients' former attorneys, issues may arise as to the scope of the attorney-client privilege with respect to communications between the client and predecessor or successor counsel.  The parties will be

prepared to discuss these issues at the Initial Scheduling Conference, although the precise scope of the issues may not be determined until they have had an opportunity to conduct discovery.

>Respectfully submitted,
>
>BERLINER, CORCORAN & ROWE, L.L.P.
>
>By:  /s/ Thomas E. Wilson
>    Thomas E. Wilson #132704
>    Jason A. McClurg #491172
>    1101 17th Street, N.W., Suite 1100
>    Washington, DC 20036-4798
>    (202) 293-5555
>    twilson@bcr-dc.com
>    Plaintiff, *Pro Se*
>
>JORDAN COYNE & SAVITS, L.L.P.
>
>By:   /s/ John Tremain May
>    John Tremain May #294199
>    1100 Connecticut Ave., N.W., Suite 600
>    Washington, D.C.  20036
>    (202) 496-2805 –  (202) 496-2800 (fax)
>    jmay@jocs-law.com
>    Attorneys for Berliner, Corcoran & Rowe,
>    L.L.P. in defense of the Counterclaim
>
>      /s/ Alyson A. Foster
>    Alyson A. Foster #478091
>    GILBERT, HEINZ & RANDOLPH LLP
>    1100 New York Avenue, NW
>    Suite 700
>    Washington, DC 20005
>    (202) 772-2200 - (202) 772-3333 fax
>    fostera@ghrdc.com
>    Attorneys for Defendants/Counterclaimants

   /s/ Kari E. Hong
Kari E. Hong
LAW OFFICES OF KARI E. HONG
320 Southwest Stark Street
Suite 518
Portland, OR 97204
(503) 242-3500 - (503) 242-3505 fax
kari_hong@yahoo.com
Attorney for Defendants/Counterclaimants