# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant*, | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants*. | : | |

SCHEDULING ORDER

Upon consideration of the Scheduling Order proposed by the parties in their Rule 26(f)

Conference Report, it is this _____ day of _____, 200__,

ORDERED that the following schedule be established in the above-captioned case:

| EVENT | DATE |
|---|---|
| Amendments of Pleadings | March 19, 2007 |
| Addition of New Parties | March 19, 2007 |
| Proponents' Expert Reports | April 18, 2007 |
| Opponents' Expert Reports | May 18, 2007 |
| Discovery Closed | June 17, 2007 |
| Dispositive Motions | July 17, 2007 |

It is further ordered that the Court will set a Pretrial Conference date at least 60 days after

ruling on the Dispositive Motions, or if no Dispositive Motions are filed, then at least 60 days

after the Dispositive Motions Deadline and that the Trial Date will be set at the Pretrial

Conference.

_____
United States Judge