## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

INITIAL DISCLOSURES OF BERLINER, CORCORAN & ROWE, LLP

Plaintiff and Counterclaim defendant, BERLINER, CORCORAN & ROWE, LLP [hereinafter "BCR"], by counsel, hereby submits its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

A. The following individuals are likely to have discoverable information that BCR may use to support its claims or defenses, unless solely for impeachment:

   1. Adle, Jennifer. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the proceedings described in paragraph 12 of the Complaint [hereinafter the "Administrative Proceedings"].

   2. Baker, Mark E. McGuiness Norris & Williams, LLP, Suite 1200, 1015 Fifteenth Street, N.W., Washington, D.C. 20005, (202) 789-8668. Mr. Baker may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, the retention of BCR and other matters related to the allegations in the pleadings.

3. Bazzal, Mitra. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

4. Ben-Ezra, Arik. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, as well as communications between BCR and the Defendants related to the allegations raised in the pleadings.

5. Brouwer, Natalie. McGuiness Norris & Williams, LLP, Suite 1200, 1015 Fifteenth Street, N.W., Washington, D.C. 20005, (202) 789-8668. Ms. Brouwer may have information related to the defense of the Administrative Proceedings, the retention of BCR and other matters related to the allegations in the pleadings.

6. Friday, George. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings and communications between BCR and Mr. Friday related to the allegations raised in the pleadings.

7. Garcia, Norman. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, as well as communications between BCR and Mr. Garcia related to the allegations raised in the pleadings.

8. Gonenne, Amnon. Address unknown. This past or present consultant to defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

9. Gorman, Jeannie. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, as well as communications between BCR and Ms. Gorman related to the allegations raised in the pleadings.

10. Helewa, John. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

11. Holt, James S. 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. This past or present consultant to defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, as well as communications between BCR and the Defendants related to the allegations raised in the pleadings.

12. Husodho, Fransisca. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

13. Iniquez, Jose (John). Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

14. Jones, Bonnie V. 1101 17th Street, Suite 1100, Washington, D.C. 20036. 202-293-5555. This current employee of BCR may have information relating to communications between BCR and the Defendants.

15. Kroller, Joseph. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

16. McClurg, Jason. 1101 17th Street, Suite 1100, Washington, D.C. 20036. 202-293-5555. This current employee of BCR may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, communications between BCR and the Defendants related to the allegations raised in the pleadings, and other matters related to the allegations in the pleadings.

17. McCutchen, Tammy. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings and communications between BCR and Ms. McCutchen related to the allegations raised in the pleadings.

18. Modrakee, Philipda. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

19. Orian, Mordechai. 23458 W. Moon Shadows Drive, Malibu, CA 90265. This Defendant is expected to have information related to all issues raised in the pleadings.

20. Pickett, Keisha. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

21. Pomville, Tom. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

22. Ramirez, Maria. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

23. Rincon, Suzanne. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

24. Rusch, Wayne H. 1101 17th Street, Suite 1100, Washington, D.C. 20036. 202-293-5555. This current employee of BCR may have information related to the outstanding amounts owed by the Defendants and other allegations in the pleadings.

25. Rutt, Robert. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, as well as

communications between BCR and the Defendants related to the allegations raised in the pleadings.

26. Santijaroennon, Jirawan. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

27. Stanton, James. 700 Bishop Street, Suite 2100, Honolulu, Hawaii, 96813. 808-536-5100. Mr. Stanton may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, the retention of BCR and other matters related to the allegations in the pleadings.

28. Tongmee, Penjan. Mr. Orian's secretary. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, communications between BCR and the Defendants related to the allegations raised in the pleadings, and other matters related to the allegations in the pleadings.

29. Trotter, Terrence. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings and communications between BCR and Mr. Trotter related to the allegations raised in the pleadings.

30. Tubchumpol, Pranee. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

31. Vincent, Alex. 11921 Rockville Pike, Rockville, Maryland 20852. This former employee of BCR may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings, communications between BCR and the Defendants related to the allegations raised in the pleadings, and other matters related to the allegations in the pleadings.

32. Walker, Rolene. Address unknown. This past or present employee of the Department of Labor may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings and communications between BCR and Ms. Walker related to the allegations raised in the pleadings.

33. Williams, Ebony. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

34. Williams, Tanisha. Current address unknown. This past or present employee of defendant Global Horizons may have information related to the allegations raised by the Department of Labor in the Administrative Proceedings.

35. Wilson, Thomas. Mr. Wilson is expected to have information related to all issues raised in the pleadings.

36. All persons identified in the Defendants' Initial Disclosures and the Initial Disclosures of the parties in the Administrative Proceedings.

B. The documents, electronically stored information, and tangible things that are in the possession, custody, or control of BCR and that BCR may use to support its claims or defenses are contained in the files that were maintained by BCR in connection with its representation of

the Defendants, including all billing records for such representation.  These files are located at the offices of BCR and will be made available for inspection and copying by Defendants at a time that is mutually convenient among all counsel.

C. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment is located at the offices of BCR and will be made available for inspection and copying by Defendants at a time that is mutually convenient among all counsel.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555 – (202) 293-9035 (fax)
   twilson@bcr-dc.com
   Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ John Tremain May
   John Tremain May #294199
   1100 Connecticut Ave., N.W., Suite 600
   Washington, D.C. 20036
   (202) 496-2805 – (202) 496-2800 (fax)
   jmay@jocs-law.com
   Attorneys for Berliner, Corcoran & Rowe,
   L.L.P. in defense of the Counterclaim