**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
BERLINER, CORCORAN & ROWE, L.L.P.,        )
                                          )
         *Plaintiff/Counter-Defendant,*   )
                                          )
    v.                                    )
                                          )
MORDECHAI ORIAN, et al.,                  )  Case No. 1:06-CV-01543(CKK)
                                          )
         *Defendants/Counter-Plaintiffs.* )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2007, a true and correct copy of the Defendants'

Rule 26(a) Initial Disclosures was served by means of electronic filing, and on January 11, 2007

by first-class mail postage prepaid, on Plaintiff and its counsel as follows:

> Thomas E. Wilson, Esq.
> Jason A. McClurg, Esq.
> BERLINER, CORCORN & ROWE, LLP
> 1101 17th Street, NW, Suite 1100
> Washington, DC 20036
> Tel: (202) 293-5555
> Fax: (202) 293-9095
> *Plaintiff, Pro Se*

> John Tremain May, Esq.
> Jordan Coyne & Savits, LLP
> 1100 Connecticut Avenue, NW, Suite 600
> Washington, DC 20036
> Tel: (202) 496-2805
> Fax: (202) 496-2800
> *Attorney for Berliner, Corcoran & Rowe, L.L.P. in defense of the Counterclaim*

2

By:    /s/ Alyson A. Foster
       Alyson A. Foster (D.C. Bar No. 478091)
       GILBERT HEINTZ & RANDOLPH LLP
       1100 New York Avenue, NW
       Suite 700
       Washington, D.C. 20005
       Tel: (202) 772-2200
       Fax: (202) 772-3333

       *Attorney for Defendants/Counter-Plaintiffs*
       *Mordechai Orian and Global Horizons, Inc.*

2