UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., | ) |
| *Plaintiff – Counter-Defendant,* | ) |
| v. | ) |
| MORDECHAI ORIAN, et al., | ) Case No. 1:06-CV-01543(CKK) |
| *Defendants – Counter-Plaintiffs.* | ) |

**Defendants' Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia:**

I, the undersigned counsel of record for Defendant/Counter-Plaintiff Global Horizons, Inc. ("Global Horizons"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Global Horizons which have any outstanding securities in the hands of the public:

None, because Global Horizons is a privately-held corporation.

These representations are made in order that judges of this court may determine the need for recusal.

/s/ Alyson A. Foster

Alyson A. Foster (D.C. Bar No. 478091)
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Tel: (202) 772-2200
Fax: (202) 772-3333

2

Kari E. Hong (admitted *pro hac vice*)
LAW OFFICES OF KARI E. HONG
320 Southwest Stark Street, Suite 518
Portland, OR 97204
Tel: (503) 242-3500
Fax: (503) 242-3505

*Attorneys of Record for*
*Defendants/Counter-Plaintiffs Global*
*Horizons, Inc. and Mordechai Orian*

2