UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
BERLINER, CORCORAN & ROWE, L.L.P.,          )
                                            )
    *Plaintiff/Counter-Defendant,*         )
                                            )
v.                                          )
                                            )
MORDECHAI ORIAN, et al.,                    )   Case No. 1:06-CV-01543(CKK)
                                            )
    *Defendants/Counter-Plaintiffs.*        )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2007, a true and correct copy of the Defendants' Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served by means of electronic filing, and on January 11, 2007 by first-class mail postage prepaid, on Plaintiff and its counsel as follows:

    Thomas E. Wilson, Esq.
    Jason A. McClurg, Esq.
    BERLINER, CORCORN & ROWE, LLP
    1101 17th Street, NW, Suite 1100
    Washington, DC 20036
    Tel: (202) 293-5555
    Fax: (202) 293-9095
    *Plaintiff, Pro Se*

    John Tremain May, Esq.
    Jordan Coyne & Savits, LLP
    1100 Connecticut Avenue, NW, Suite 600
    Washington, DC 20036
    Tel: (202) 496-2805
    Fax: (202) 496-2800
    *Attorney for Berliner, Corcoran & Rowe, L.L.P. in defense of the Counterclaim*

By: /s/ Alyson A. Foster
Alyson A. Foster (D.C. Bar No. 478091)
GILBERT HEINTZ & RANDOLPH LLP
1100 New York Avenue, NW, Suite 700
Washington, D.C. 20005
Tel: (202) 772-2200
Fax: (202) 772-3333

*Attorney for Defendants/Counter-Plaintiffs
Mordechai Orian and Global Horizons, Inc.*

2