**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., | ) |
| *Plaintiff and Counter-Defendant,* | ) ) ) |
| v. | ) ) |
| ORIAN et al., | ) Case No. 1:06-CV-01543(CKK) |
| *Defendants and Counter-Plaintiffs.* | ) ) ) |

**JOINT STATEMENT OF CASE FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to this Court's Order for Initial Scheduling Conference of November 28, 2006, Plaintiff/Counter-Claim Defendant Berliner Corcoran & Rowe, LLP ("BCR" or "Plaintiff") and Defendants/Counter-Claim Plaintiffs Global Horizons, Inc. ("Global Horizons") and Mordechai Orian ("Mr. Orian") (collectively, "Defendants"), by and through their undersigned counsel, submit the following brief statement of the case and the statutory basis for all causes of action and defenses:

**I.    Brief Statement of Case**

In or around 2005 and 2006, Plaintiff BCR, a limited liability law partnership located in the District of Columbia, provided legal services to Global Horizons, a California corporation, and Mr. Orian, Global Horizons President and Chief Strategic Officer, in consolidated administrative proceedings brought by the United States Department of Labor (the "DOL proceedings"). The parties dispute the adequacy and competence of BCR's representation of Defendants, which representation ended in or around June of 2006. In 2005 and 2006, BCR issued bills for legal services to Global Horizons that totaled approximately $330,000. Global

Horizons objected to the amounts of some or all of those bills, and ultimately paid BCR approximately $153,961.02.

Defendants obtained different counsel in or around the summer of 2006. The DOL proceedings are ongoing.

**II.     Plaintiff's Statutory Basis for All Causes of Action and Defenses**

   **A.     Causes of Action:**

   1.   Breach of Contract. Based on common law, not statute.

   2.   Failure to Pay Accounts Stated. Based on common law, not statute.

   3.   *Quantum Meruit*. Based on common law, not statute.

   4.   Subject Matter Jurisdiction. Asserted under 28 U.S.C. 1332(a)(1).

   **B.     Defenses to Counterclaims:**

   None that are based on statute.

**III.    Defendants' Statutory Basis for All Causes of Action and Defenses**

   **A.     Causes of Action:**

   1.   Breach of Contract. Based on common law, not statute.

   2.   Breach of Implied Covenant of Good Faith and Fair Dealing. Based on common law, not statute.

   3.   Promissory Estoppel. Based on common law, not statute.

   4.   Fraud and Misrepresentation. Based on common law, not statute.

   5.   Unjust Enrichment. Based on common law, not statute.

   6.   Legal Malpractice. Based on common law, not statute.

   **B.     Defenses:**

   None that are based on statute.

Respectfully submitted,

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| /s/ Thomas E. WIlson | /s/ Alyson A. Foster |
| Thomas E. Wilson #132704 | Alyson A. Foster (DC Bar No. 478091) |
| Jason A. McClurg #491172 | GILBERT HEINTZ & RANDOLPH LLP |
| BERLINER, CORCORAN & ROWE, L.L.P. | 1100 New York Avenue, NW, Suite 700 |
| 1101 17th Street, N.W., Suite 1100 | Washington, DC 20005 |
| (202) 293-5555 – (202) 293-9035 (fax) | Tel: (202) 772-2200 |
| twilson@bcr-dc.com | Fax: (202) 772-3333 |
|  | *fostera@ghrdc.com* |
| *Plaintiff, Pro Se* |  |
| /s/ John Tremain May | /s/ Kari E. Hong |
| John Tremain May #294199 | Kari E. Hong (admitted *pro hac vice*) |
| JORDAN COYNE & SAVITS, L.L.P. | LAW OFFICES OF KARI E. HONG |
| 1100 Connecticticut Ave., N.W., Suite 600 | 320 SW Stark Street, Suite 518 |
| Washington, D.C. 20036 | Portland, OR 97204 |
| (202) 496-2805 – (202) 496-2800 (fax) | Tel: (503) 242-3500 |
| jmay@jocs-law.com | Fax: (503) 242-3505 |
|  | *kari_hong@yahoo.com* |
| *Attorneys for Berliner, Corcoran & Rowe, L.L.P. in defense of the Counterclaims* | *Attorneys for Defendants Mordechai Orian and Global Horizons, Inc.* |