UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, LLP : | |
| : | |
| *Plaintiff-* : | |
| *Counterclaim Defendant,* : | |
| : | |
| v. : | Case No.: 1:06-CV-01543(CKK) |
| : | |
| MORDECHAI ORIAN, et al. : | |
| : | |
| *Defendants -* : | |
| *Counterclaimants.* : | |

### JOINT DISCOVERY PLAN

Pursuant to the Court's Minute Order of February 14, 2007, the Parties hereby jointly submit this Proposed Discovery Plan:

1. The parties will exchange any written discovery that does not raise the privilege issues discussed at the Status Hearing held on February 14, 2007, as follows:

    a. Defendants will produce documents on a rolling basis starting on March 12, 2007, which production should be completed on or before March 26, 2007, and will produce supplemental interrogatory responses on or before March 26, 2007.

    b. Plaintiff will produce written discovery in response to Defendants' written discovery requests within the time allowed by the FRCP and the DCLR.

2. Defendants will propound any written discovery requests on or before March 7, 2007.

3. Defendants will produce a privilege log detailing any written discovery withheld based on the privilege concerns on a rolling basis starting on March 16, 2007, and will be completed on or before March 26, 2007.

4. On or before April 10, 2007, the parties will determine which, if any, depositions may

proceed based solely on the non-privileged written discovery, and when those depositions would occur.

5. On or before April 17, 2007, the parties will submit to the Court a Status Report regarding the foregoing discovery and whether they believe a stay will be required in light of the ongoing administrative proceeding. If the parties believe a stay will be necessary, they will indicate to the Court in their Status Report whether the stay would apply to the case as a whole or a piece thereof, and whether they anticipate lifting the stay as the administrative proceeding progresses.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/   Thomas E. Wilson | /s/ Alyson A. Foster |
| Thomas E. Wilson #132704 | Alyson A. Foster (DC Bar No. 478091) |
| Jason A. McClurg #491172 | GILBERT HEINTZ & RANDOLPH LLP |
| BERLINER, CORCORAN & ROWE, L.L.P. | 1100 New York Avenue, NW, Suite 700 |
| 1101 17th Street, N.W., Suite 1100 | Washington, DC 20005 |
| Washington, DC 20036 | Tel: (202) 772-2200 |
| (202) 293-5555 – (202) 293-9035 (fax) | Fax: (202) 772-3333 |
| twilson@bcr-dc.com | fostera@ghrdc.com |

*Plaintiff, Pro Se*

| | |
|---|---|
| /s/   John Tremain May | /s/ Kari E. Hong |
| John Tremain May #294199 | Kari E. Hong (admitted *pro hac vice*) |
| JORDAN COYNE & SAVITS, L.L.P. | LAW OFFICES OF KARI E.HONG |
| 1100 Connecticut Ave., N.W., Suite 600 | 320 SW Stark Street, Suite 518 |
| Washington, DC 20036 | Portland, OR 97204 |
| (202) 496-2805 – (202) 496-2800 (fax) | Tel: (503) 242-3500 |
| jmay@jocs-law.com | Fax: (503) 242-3505 |
| | kari_hong@yahoo.com |

*Attorneys for Berliner, Corcoran & Rowe, L.L.P. in defense of the Counterclaims*

*Attorneys for Defendants Mordechai Orian and Global Horizons, Inc.*