**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| BERLINER, CORCORN & ROWE, L.L.P., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORDECHAI ORIAN, et al., | ) | Case No. 1:06-CV-01543(CKK) |
| | ) | |
| | ) | (The Honorable Colleen Kollar-Kotelly) |
| *Defendants.* | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' MOTION
TO AMEND ANSWER AND COUNTERCLAIMS**

Upon consideration of the foregoing Defendants' Motion to Amend Answer and

Counterclaims and supporting Exhibits,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED, and

IT IS HEREBY ORDERED that Defendants may file their First Amended Answer,

Counterclaims, and Jury Demand.

Washington, District of Columbia, this _____ day of _____, 2007.

_____
Colleen Kollar-Kotelly, District Judge