UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERLINER CORCORAN & ROWE, LLP,** : | |
| : | |
| *Plaintiff,* : | |
| : | Civil Action No. 06-01543(CKK) |
| v. : | |
| : | Next Event: April 17, 2007 |
| **MORDECHAI ORIAN, et al.,** : | (Status Report) |
| : | |
| *Defendants.* : | |
| : | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective March 8, 2007, Gilbert Heintz & Randolph LLP changed its name to Gilbert Randolph LLP. All future references to the firm in this matter should be to Gilbert Randolph LLP. The address, phone numbers, and fax numbers of the firm and its attorneys are not affected by this change.

Dated: March 20, 2007                               Respectfully submitted,


                                                    /s/ Alyson A. Foster

                                                    Alyson A. Foster (D.C. Bar No. 478091)
                                                    GILBERT RANDOLPH LLP
                                                    1100 New York Avenue, NW
                                                    Suite 700
                                                    Washington, D.C. 20005
                                                    Tel: (202) 772-2200
                                                    Fax: (202) 772-3333

                                                    *Attorney for Defendants Mordechai Orian
                                                    and Global Horizons, Inc.*