UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERLINER CORCORAN & ROWE, LLP,** : | |
| : | |
| *Plaintiff,* : | |
| : | Civil Action No. 06-01543(CKK) |
| v. : | |
| : | Next Event: April 17, 2007 |
| **MORDECHAI ORIAN, et al.,** : | (Status Report) |
| : | |
| *Defendants.* : | |
| : | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, a true and correct copy of Defendants' Motion to Amend Answer and Counterclaims, exhibits thereto, and proposed order was served by means of electronic filing on Plaintiff and its counsel as follows:

    Thomas E. Wilson, Esq.
    Jason A. McClurg, Esq.
    BERLINER, CORCORN & ROWE, LLP
    1101 17th Street, NW, Suite 1100
    Washington, DC 20036
    Tel: (202) 293-5555
    Fax: (202) 293-9095
    *Plaintiff, Pro Se*

    John Tremain May, Esq.
    Jordan Coyne & Savits, LLP
    1100 Connecticut Avenue, NW, Suite 600
    Washington, DC 20036
    Tel: (202) 496-2805
    Fax: (202) 496-2800
    *Attorney for Berliner, Corcoran & Rowe, L.L.P. in defense of the Counterclaim*

2

DATED: March 20, 2007						By:	/s/ Alyson A. Foster
								Alyson A. Foster (D.C. Bar No. 478091)
								GILBERT RANDOLPH LLP
								1100 New York Avenue, NW
								Suite 700
								Washington, D.C. 20005
								Tel: (202) 772-2200
								Fax: (202) 772-3333

								*Attorney for Defendants/Counter-Plaintiffs*
								*Mordechai Orian and Global Horizons, Inc.*

2