UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, LLP  :
:
*Plaintiff-* :
*Counterclaim Defendant,* :
:
v. : Case No.: 1:06-CV-01543(CKK)
:
MORDECHAI ORIAN, et al. :
:
*Defendants -* :
*Counterclaimants.* :

O R D E R

Upon consideration of Defendants' Motion to Amend Answer and Counterclaim, it is this

_____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, DENIED without prejudice to renewal following good faith compliance with Local Civil Rule 7(m).

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Alyson A. Foster, Esquire
Kari E. Hong, Esquire