# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

The parties, by counsel, jointly requests that the Court extend the following deadlines:

| Old Deadline | New Deadline | Event |
|---|---|---|
| April 17, 2007 | April 24, 2007 | The parties shall submit a Joint Status Report pursuant to the Joint Report filed on March 2, 2007 |
| April 18, 2007 | April 25, 2007 | Proponents Rule 26(a)(2)(B) Statement Due |

The parties make this request in order to allow time for the parties to attempt to resolve certain discovery disputes and to agree to a framework for entering into settlement discussions. In the event that the parties are successful in this regard, it is anticipated that the parties will file a Motion on or before April 24, 2007, extending all deadlines by approximately 60 days in order to allow the parties to engage in substantive settlement discussions.

For these reasons set forth herein, the parties respectfully requests that the Motion be granted.

                Respectfully submitted,

                BERLINER, CORCORAN & ROWE, L.L.P.

                By: /s/ Thomas E. Wilson
                   Thomas E. Wilson #132704
                   Jason A. McClurg #491172
                   1101 17th Street, N.W., Suite 1100
                   Washington, DC 20036-4798
                   (202) 293-5555
                   Plaintiff, *Pro Se*

                JORDAN COYNE & SAVITS, L.L.P.

                By: /s/ John Tremain May
                   John Tremain May #294199
                   1100 Connecticut Ave., N.W., Suite 600
                   Washington, D.C. 20036
                   (202) 496-2805 – (202) 496-2800 (fax)
                   jmay@jocs-law.com
                   Attorneys for Berliner, Corcoran & Rowe,
                   L.L.P. in defense of the Counterclaim

                GILBERT, HEINZ & RANDOLPH LLP

                   /s/ Alyson A. Foster
                   Alyson A. Foster
                   1100 New York Avenue, NW, Suite 700
                   Washington, DC 20005
                   202-772-2200 - 202-772-3333 fax
                   fostera@ghrdc.com
                   Attorneys for Defendants

LAW OFFICES OF KARI E. HONG

/s/ Kari E. Hong
Kari E. Hong
320 Southwest Stark Street, Suite 518
Portland, OR 97204
503-242-3500  503-242-3505 fax
kari_hong@yahoo.com
Attorney for Defendants

MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6(a)

2. The Record Herein.

/s/ John Tremain May
John Tremain May