UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

**O R D E R**

Upon consideration of the Joint Motion to Extend Certain Deadlines, it is this _____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, GRANTED; and the following deadlines are hereby modified:

| Old Deadline | New Deadline | Event |
|---|---|---|
| April 17, 2007 | April 24, 2007 | The parties shall submit a Joint Status Report pursuant to the Joint Report filed on March 2, 2007 |
| April 18, 2007 | April 25, 2007 | Proponents Rule 26(a)(2)(B) Statement Due |

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Alyson A. Foster, Esquire
Kari E. Hong, Esquire