UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, LLP : | |
| : | |
| *Plaintiff-* : | |
| *Counterclaim Defendant,* : | |
| : | |
| v. : | Case No.: 1:06-CV-01543(CKK) |
| : | |
| MORDECHAI ORIAN, et al. : | |
| : | |
| *Defendants -* : | |
| *Counterclaimants.* : | |

### JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties, by counsel, jointly requests that the Court extend the following deadlines:

| Old Deadline | New Deadline | Event |
|---|---|---|
| April 24, 2007 | June 22, 2007 | The Parties shall submit a Joint Status Report pursuant to the joint report filed on March 2, 2007. |
| April 25, 2007 | June 29, 2007 | Proponent's Rule 26(a)(2)(B) statement due |
| May 18, 2007 | July 30, 2007 | Opponent's Rule 26(a)(2)(B) statement due |
| July 31, 2007 | October 15, 2007 | All discovery completed |
| August 1, 2007 | October 16, 2007 | Case referred to Magistrate Kay for Mediation |
| September 28, 2007 | December 14, 2007 | Mediation Concluded |
| TBA | TBA | Status Conference |

As suggested in the previous Motion to Extend Certain Deadlines, the parties have reached an agreement relating to certain discovery disputes and are now making this request to allow the parties to engage in substantive settlement discussions.

For these reasons set forth herein, the parties respectfully requests that the Motion be granted.

 Respectfully submitted,

 BERLINER, CORCORAN & ROWE, L.L.P.

 By:  /s/ Thomas E. Wilson
  Thomas E. Wilson #132704
  Jason A. McClurg #491172
  1101 17th Street, N.W., Suite 1100
  Washington, DC 20036-4798
  (202) 293-5555
  Plaintiff, *Pro Se*

 JORDAN COYNE & SAVITS, L.L.P.

 By:   /s/ John Tremain May
  John Tremain May #294199
  1100 Connecticut Ave., N.W., Suite 600
  Washington, D.C. 20036
  (202) 496-2805 – (202) 496-2800 (fax)
  jmay@jocs-law.com
  Attorneys for Berliner, Corcoran & Rowe,
  L.L.P. in defense of the Counterclaim

 GILBERT RANDOLPH LLP

  /s/ Alyson A. Foster
  Alyson A. Foster
  1100 New York Avenue, NW, Suite 700
  Washington, DC 20005
  202-772-2200  -  202-772-3333 fax
  fostera@gilbertrandolph.com
  Attorneys for Defendants

LAW OFFICES OF KARI E. HONG

/s/ Kari E. Hong
Kari E. Hong
320 Southwest Stark Street, Suite 518
Portland, OR 97204
503-242-3500  503-242-3505 fax
kari_hong@yahoo.com
Attorney for Defendants

MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6(a)

2. The Record Herein.

/s/ John Tremain May
John Tremain May