UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, LLP : | |
| : | |
| *Plaintiff-* : | |
| *Counterclaim Defendant*, : | |
| : | |
| v. : | Case No.: 1:06-CV-01543(CKK) |
| : | |
| MORDECHAI ORIAN, et al. : | |
| : | |
| *Defendants -* : | |
| *Counterclaimants*. : | |

**O R D E R**

Upon consideration of the Joint Motion to Extend Scheduling Order, it is this _____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, GRANTED; and the following deadlines are hereby modified:

| Old Deadline | New Deadline | Event |
|---|---|---|
| April 24, 2007 | June 22, 2007 | The Parties shall submit a Joint Status Report pursuant to the joint report filed on March 2, 2007. |
| April 25, 2007 | June 29, 2007 | Proponent's Rule 26(a)(2)(B) statement due |
| May 18, 2007 | July 30, 2007 | Opponent's Rule 26(a)(2)(B) statement due |
| July 31, 2007 | October 15, 2007 | All discovery completed |
| August 1, 2007 | October 16, 2007 | Case referred to Magistrate Kay for Mediation |
| September 28, 2007 | December 14, 2007 | Mediation Concluded |

| | | |
|---|---|---|
| TBA | TBA | Status Conference |

                                                            _____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Alyson A. Foster, Esquire
Kari E. Hong, Esquire