UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BERLINER, CORCORAN & ROWE, L.L.P.,  )
                                    )
       *Plaintiff,*           )
                                    )   Case No. 1:06-CV-01543(CKK)
v.                                  )
                                    )
MORDECHAI ORIAN, et al.             )   Next Event:   Joint Status Report
                                    )                 June 22, 2007
       *Defendants*.          )
_____)

### RULE 83.6 CERTIFICATE OF KARI E. HONG IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS MORDECHAI ORIAN AND GLOBAL HORIZONS, INC.

I, Kari E. Hong, certify as follows:

    1. I am over the age of eighteen years and not a party to the instant action. I am in good standing with the State Bars of California and Oregon. I submit this Certificate in support of the Motion to Withdraw as Counsel to Defendants Mordechai Orian and Global Horizons, Inc.

    2. On May 25, 2007, I served the Motion to Withdraw as Counsel to Defendants Mordechai Orian and Global Horizons, Inc., and all attachments thereto, by electronic mail and overnight delivery, postage prepaid, on Defendants Mordechai Orian and Global Horizons, Inc. at their last-known address, which is 1111 Santa Monica Boulevard, Suite 1440, Los Angeles, CA 90025.

    3. Pursuant to Local Rule 83.6(c), I provided written notice to Mr. Orian and Global Horizons, Inc. advising them to retain counsel if they wish to proceed in this matter and that, as a corporation, Global Horizons, Inc. cannot represent itself in this proceeding. I also provided written notice that, if they object to the Motion, or if Mr. Orian wishes to proceed *pro se,* they

need to notify the Clerk of this Court in writing within five (5) days of this motion.

4. On May 23, 2007, Mr. Orian on behalf of himself and Global Horizons, Inc. granted us permission to withdraw as counsel from this matter.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2007.

/s/ Kari E. Hong
Kari E. Hong (Admitted Pro Hac Vice)
LAW OFFICES OF KARI E. HONG
320 SW Stark Street, Suite 518
Portland, OR 97204
Tel: (503) 242-3500
Fax: (503) 242-3505

*Attorney for Defendants Mordechai Orian and Global Horizons, Inc.*