UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Case No. 1:06-CV-01543(CKK) |
| ) | |
| MORDECHAI ORIAN, et al. ) | (The Honorable Colleen Kollar-Kotelly) |
| ) | |
| *Defendants*. ) | |

**PROPOSED ORDER**

Upon consideration of the Motion to Withdraw as Counsel for Defendants Mordechai Orian and Global Horizons, Inc., and all pleadings filed herein,

IT IS HEREBY ORDERED that the motion is GRANTED, and

IT IS HEREBY ORDERED that Kari E. Hong, Esq. and Alyson A. Foster, Esq. are no longer required to appear as counsel to the defendants in the above-captioned case, and

IT IS HEREBY ORDERED that Global Horizons, Inc. has ____ days to obtain new counsel.

Washington, District of Columbia, this ____ day of _____, 2007.

_____
Colleen Kollar-Kotelly, District Judge

Parties to be notified of entry of Order:

Alyson A. Foster
Gilbert Randolph LLP
1100 New York Ave., N.W.
Suite 700
Washington, D.C. 20003

Kari E. Hong
Law Offices of Kari E. Hong
320 SW Stark Street, Suite 518
Portland, OR 97204

Mordechai Orian
Global Horizons, Inc.
1111 Santa Monica Blvd., Suite 1440
Los Angeles, CA 90025
*Defendants*

Thomas E. Wilson
Berliner, Corcoran & Rowe LLP
1101 Seventeenth Street, NW
Suite 1100
Washington, DC  20036-4798
*Pro Se Plaintiff*

John Tremain May
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
*Counsel for Plaintiff in defense of the Counterclaims*