UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant*, | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 14, 2007, the parties are required to file a Status Report regarding discovery and whether they believe a stay will be required in light of the ongoing administrative proceeding.

1. As the Court is aware, the parties already have engaged in an exchange of documents. Except for one category of documents discussed in paragraph 2 below, Defendants assert that they have produced all documents initially withheld as privileged. The production was made pursuant to an agreement with Plaintiff under which Plaintiff will not disclose those documents to third parties without first providing Defendants with notice and ten days in which to file a motion for a protective order.

2. The underlying administrative proceeding is ongoing and the parties are not certain when that proceeding will be closed. Defendants have withheld as privileged communications between Defendants and their counsel in that proceeding. Plaintiff has agreed not to challenge that assertion of privilege unless the administrative proceeding remains open on July 30, 2007. It is probable that the administrative proceeding will not be closed by that date.

3. The parties engaged in settlement negotiations between April 16, 2007, and June 15, 2007, but were unable to reach a settlement.

4. The recent filing of the Motion to Withdraw by counsel for Defendants, Docket No. 33 (filed May 25, 2007), has created considerable uncertainty as to how the parties will go forward with discovery. Until that uncertainty is resolved, it is difficult for the parties to report on their expectation as to the progress of further discovery, including the possible need for a stay.

5. For this reason, Plaintiff requests that the Court schedule a hearing on the Motion to Withdraw so that the process of withdrawal can be completed and guidelines can be established for the entry of new counsel and the continuation of the case. Defendants believe that the Motion to Withdraw can be resolved without a hearing, but Defendants' counsel are available for a hearing if the Court so orders.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
Thomas E. Wilson #132704
Jason A. McClurg #491172
1101 17th Street, N.W., Suite 1100
Washington, DC 20036-4798
(202) 293-5555
Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By:   /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C. 20036
    (202) 496-2805 – (202) 496-2800 (fax)
    jmay@jocs-law.com
    Attorneys for Berliner, Corcoran & Rowe,
    L.L.P. in defense of the Counterclaim

GILBERT RANDOLPH LLP

  /s/ Alyson A. Foster
  Alyson A. Foster #478091
  1100 New York Avenue, NW, Suite 700
  Washington, DC 20005
  202-772-2200 - 202-772-3333 fax
  fostera@gilbertrandolph.com
  Attorney for Defendants

LAW OFFICES OF KARI E. HONG

  /s/ Kari E. Hong
  Kari E. Hong (admitted *pro hac vice*)
  320 Southwest Stark Street, Suite 518
  Portland, OR 97204
  503-242-3500  503-242-3505 fax
  kari_hong@yahoo.com
  Attorney for Defendants