UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BERLINER, CORCORAN & ROWE, L.L.P.,  )
                                    )
                *Plaintiff,*        )
                                    )
        v.                          )    Case No. 1:06-CV-01543(CKK)
                                    )
MORDECHAI ORIAN, et al.             )    Next Event:  Status Conference
                                    )                 July 16, 2007
                *Defendants*.       )
                                    )
_____)

**JOINT MOTION TO AMEND AND EXTEND SCHEDULING ORDER**

The parties, by counsel, jointly and respectfully request that the Court amend the scheduling order as follows:

1.    The parties request that the Court provide a date by which Mordechai Orian and Global Horizons, Inc. must retain new counsel. The parties jointly request that this date be Monday, July 16, 2007.

2.    The parties request that the Court extend the following deadlines regarding expert discovery that are set forth in its scheduling order:

| Old Deadline | New Deadline | Event |
| --- | --- | --- |
| June 29, 2007 | August 24, 2007 | Proponent's Rule 26(a)(2)(B) statement due |
| July 30, 2007 | September 24, 2007 | Opponent's Rule 26(a)(2)(B) statement due |

3.    Finally, the parties jointly request that, regardless of the entry of new counsel on or before July 16, 2007, the Court hold its previously scheduled status conference on July 16, 2007, so that the parties can address the remainder of the Court's schedule with new counsel, if any, present.

All of these requests are based on the need for Defendants to retain new counsel and for that new counsel to become familiar with the case.

Date: June 29, 2007                                    Respectfully submitted,


                                                       /s/ Alyson A. Foster
                                                       Alyson A. Foster (DC Bar No. 478091)
                                                       GILBERT RANDOLPH LLP
                                                       1100 New York Avenue, NW, Suite 700
                                                       Washington, DC 20005
                                                       Tel: (202) 772-2200
                                                       Fax: (202) 772-3333

                                                       /s/ Kari E. Hong
                                                       Kari E. Hong (admitted *pro hac vice*)
                                                       LAW OFFICES OF KARI E. HONG
                                                       320 SW Stark Street, Suite 518
                                                       Portland, OR 97204
                                                       Tel: (503) 242-3500
                                                       Fax: (503) 242-3505

                                                       *Attorneys for Defendants Mordechai Orian and*
                                                         *Global Horizons, Inc.*

/s/ Thomas E. Wilson
Thomas E. Wilson (DC Bar No. 132704)
Jason A. McClurg (DC Bar No. 491172)
BERLINER, CORCORAN & ROWE LLP
1101 17TH Street NW Suite 1100
Washington, DC 20036
Tel: (202) 293-5555

*Plaintiff Berliner, Corcoran & Rowe, LLP*

/s/ John Tremain May
John Tremain May (DC Bar No. 294199)
JORDAN COYNE & SAVITS, LLP
1100 Connecticut Ave., NW Suite 600
Washington, DC 20036
Tel: (202) 496-2805
Fax: (202) 496-2800

*Attorney for Plaintiff Berliner, Corcoran & Rowe, LLP in Defense of the Counterclaims*

3