UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
BERLINER, CORCORAN & ROWE, L.L.P.,          )
                                            )
                    *Plaintiff,*            )
            v.                              )   Case No. 1:06-CV-01543(CKK)
                                            )
MORDECHAI ORIAN, et al.                     )
                                            )
                    *Defendants.*           )
_____)

### ORDER

Upon consideration of the Joint Motion to Amend and Extend Scheduling Order, it is on this

_____ day of _____, 2007,

ORDERED, that the Motion be, and hereby is, GRANTED; and the following deadlines are hereby added or modified:

| Old Deadline | New Deadline | Event |
|---|---|---|
| N/A | July 16, 2007 | Date by which new counsel for Defendants must enter an appearance |
| June 29, 2007 | August 24, 2007 | Proponent's Rule 26(a)(2)(B) statement due |
| July 30, 2007 | September 24, 2007 | Opponent's Rule 26(a)(2)(B) statement due |

_____
Colleen Kollar-Kotelly, District Judge

Copies electronically served on:

Thomas E. Wilson
John Tremain May
Alyson A. Foster