**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
BERLINER, CORCORAN & ROWE, L.L.P.,      )
                                        )
                    *Plaintiff,*        )
            v.                          )        Case No. 1:06-CV-01543(CKK)
                                        )
MORDECHAI ORIAN, et al.                 )        Next Event:   Hearing
                                        )                      July 16, 2007
                    *Defendants*.       )                      9:00 a.m.
_____)

**MOTION FOR *PRO HAC VICE* ADMISSION**
**OF CHRYSTAL L. BOBBITT**

      Pursuant to Local Rule 83.2, Alyson A. Foster, an attorney licensed to practice law in the District of Columbia and attorney for Defendants Mordechai Orian and Global Horizons, Inc. in this action, respectfully moves the admission *pro hac vice* of Chrystal L. Bobbitt for purposes of appearing as counsel in this action.

      Ms. Foster is a member in good standing of the bar of Washington, D.C. and is duly licensed to practice law before the highest court in the District of Columbia.

      Based upon this Motion and the supporting Declaration of Chrystal L. Bobbitt, the undersigned certifies that Chrystal L. Bobbitt is in compliance with Local Rule 83.2 and that she should be admitted *pro hac vice* in this action.

1

Dated: July 13, 2007                    Respectfully submitted,


                                        /s/ Alyson A. Foster

                                        Alyson A. Foster (DC Bar No. 478091)
                                        GILBERT RANDOLPH LLP
                                        1100 New York Avenue, NW
                                        Suite 700
                                        Washington, DC 20005
                                        Tel: (202) 772-2200
                                        Fax: (202) 772-3333

                                        *Attorney for Defendants Mordechai Orian and
                                        Global Horizons, Inc.*