UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                         )
BERLINER, CORCORAN & ROWE, L.L.P.,  )
                                                         )
        *Plaintiff,*              )
    v.                                                )  Case No. 1:06-CV-01543(CKK)
                                                         )
MORDECHAI ORIAN, et al.                  )  Next Event:  Hearing
                                                         )                        July 16, 2007
        *Defendants*.          )                        9:00 a.m.
_____)

**DECLARATION OF CHRYSTAL L. BOBBITT
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.2(d), I, Chrystal L. Bobbitt, declare under penalties of perjury as follows:

1. My full name is Chrystal Lynnette Bobbitt.

2. My office is at 11111 Santa Monica Blvd., Los Angeles, CA 90025, Tel: (310) 234-8475.

3. I am a member in good standing of the State Bar of California, admitted to practice before the U.S. District Court of the Central District of California, and the U.S. Court of Appeals of the Ninth Circuit.

4. I have not been subjected to any disciplinary proceedings by any bar or court.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7.      Pursuant to Local Rule 83.2(j), I hereby certify that I have reviewed and am personally familiar with the Local Rules of the United States District Court of the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct.  This statement was executed under penalty of perjury on this 13th day of July, 2007.

Dated: July 13, 2007                          /s/ Chrystal Bobbitt\_\_\_\_\_
                                              Chrystal L. Bobbitt, Esq.
                                              (CA Bar No. 218544)
                                              Global Horizons
                                              In House Litigation Counsel