UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
BERLINER, CORCORAN & ROWE, L.L.P., )
                                   )
            *Plaintiff,*           )
      v.                           )   Case No. 1:06-CV-01543(CKK)
                                   )
MORDECHAI ORIAN, et al.            )
                                   )
            *Defendants*.          )
_____)

**PROPOSED ORDER GRANTING MOTION
FOR *PRO HAC VICE* ADMISSION OF CHYRSTAL L. BOBBITT**

Upon consideration of the foregoing Motion for *Pro Hac Vice* Admission of Chrystal L. Bobbitt and supporting Declaration,

IT IS HEREBY ORDERED that in accordance with Local Rule 83.2, Chrystal L. Bobbitt may appear and be heard at hearings in this case and any and all proceedings arising therein.

Washington, District of Columbia, this ____ day of November, 2006.


_____
Colleen Kollar-Kotelly, District Judge