**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 1:06-CV-01543(CKK) |
| | ) | |
| MORDECHAI ORIAN, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**ORDER GRANTING MOTION**
**FOR *PRO HAC VICE* ADMISSION OF CHYRSTAL L. BOBBITT**

Upon consideration of the foregoing Motion for *Pro Hac Vice* Admission of Chrystal L.

Bobbitt and supporting Declaration,

IT IS HEREBY ORDERED that in accordance with Local Rule 83.2, Chrystal L. Bobbitt

may appear and be heard at hearings in this case and any and all proceedings arising therein.

Washington, District of Columbia, this _16_ day of ~~November, 2006.~~ July 2007

_____
Colleen Kollar-Kotelly, District Judge