**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P | |
| Plaintiff/Counter-Defendant | Case No.: 1:06-CV-01543 |
| | Honorable Colleen Kollar-Kotelly |
| v. | |
| MORDECHAI ORIAN, et al. | |
| Defendants/Counter-Plaintiffs | |

## LINE ENTERING APPEARANCE

Please enter the appearance of Eric N. Stravitz and Mesirow & Stravitz, PLLC as **additional** counsel for the Defendants/Counter-Plaintiffs.

                                              Respectfully submitted,

                                              MESIROW & STRAVITZ, PLLC

By: **/s/ Eric N. Stravitz**
Eric N. Stravitz  (D.C. Bar #438093)
1307 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
Eric@metroDClaw.com

*Counsel for Defendants/Counter-Plaintiffs*

Date:  8/10/07