IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>MORDECHAI ORIAN, et al.<br><br>Defendants/Counter-Plaintiffs | Case No.: 1:06-CV-01543<br>Honorable Colleen Kollar-Kotelly |

### PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION OF CHRYSTAL L. BOBITT

In accordance with D.D.C.L.CvR. 83.2(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Chrystal L. Bobbitt, Esquire, to represent Defendants/Counter-Plaintiffs, Mordechai Orian and Global Horizons, Inc., in the above-captioned matter.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By:   /s/ Eric N. Stravitz
Eric N. Stravitz  (D.C. Bar #438093)
1307 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
P: (202) 463-0303
F: (202) 861-8858
Eric@metroDClaw.com

*Counsel for Defendants/Counter-Plaintiffs*

Date: 10/2/07

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>MORDECHAI ORIAN, et al.<br><br>Defendants/Counter-Plaintiffs | Case No.: 1:06-CV-01543<br>Honorable Colleen Kollar-Kotelly |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

In accordance with D.D.C. LCvR 83.2(d), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California. I certify I have not been disciplined by any bar. I certify I have not been admitted *pro hac vice* in this Court (other than temporarily for this same case) within the last two years. I certify I do not practice law from an office located in the District of Columbia. I certify I am not a member of the District of Columbia Bar, nor do I have an application for membership pending. I also certify that I have reviewed and am familiar with this Court's Local Rules.

Respectfully submitted,

_____
Chrystal L. Bobbitt
California Bar No. __218544__
11111 Santa Monica Blvd. Suite 1440
Los Angeles, CA. 90025
P: 310.234.8475 x106
F: 310.234.0786
chrystal@gmpusa.com

Dated: 10/2/07