**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P | |
| Plaintiff/Counter-Defendant | Case No.: 1:06-CV-01543 |
| | Honorable Colleen Kollar-Kotelly |
| v. | Next Event: 10/16/07 Status Conf. |
| MORDECHAI ORIAN, et al. | |
| Defendants/Counter-Plaintiffs | |

**DEFENDANTS' MOTION TO ALLOW CHRYSTAL L. BOBBITT, ESQ. TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**

Defendants, Mordechai Orian and Global Horizons, Inc., hereby move this Court to allow lead counsel, Chrystal L. Bobbitt, Esquire, to attend telephonically the Status Conference in this case scheduled for Tuesday, October 16, 2007 at 9:30 a.m. On October 3, 2007, the undersigned, as local counsel, filed a Motion for *Pro Hac Vice* Admission of Ms. Bobbitt.[1] That Motion is pending. It would be inefficient for the Court to deny this request since Ms. Bobbitt's office is in Los Angeles, California, and she is the Defendants' counsel most familiar with this case.

[SIGNATURE FOLLOWS]

---

[1] That Motion was errantly styled, "Plaintiff's Motion…," rather than "Defendants' Motion…"

      Respectfully submitted,

      MESIROW & STRAVITZ, PLLC


By: /s/ Eric N. Stravitz
   Eric N. Stravitz  (D.C. Bar #438093)
   1307 New Hampshire Avenue, NW
   Suite 400
   Washington, DC 20036
   P:  (202) 463-0303
   F:  (202) 861-8858
   Eric@metroDClaw.com
   *Counsel for Defendants/Counter-Plaintiffs*

Date:  10/12/07

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P | : |
| Plaintiff/Counter-Defendant | : Case No.: 1:06-CV-01543 |
| | : Honorable Colleen Kollar-Kotelly |
| v. | : Next Event: 10/16/07 Status Conf. |
| MORDECHAI ORIAN, et al. | : |
| Defendants/Counter-Plaintiffs | : |

**ORDER**

Having considered Defendants' Motion to Allow Chrystal L. Bobbitt, Esquire to Appear Telephonically at Status Conference, and good cause having been shown, it is this _____ day of October, 2007,

ORDERED, that Ms. Bobbitt may appear and represent the Defendants at the Status Conference by calling the following number at 9:30 a.m. (EST):  (202) _____.

_____
U.S.D.J. COLLEEN KOLLAR-KOTELLY

Copies to all counsel via electronic filing