**BERLINER, CORCORAN & ROWE, L.L.P.**

THOMAS G. CORCORAN, JR.
WAYNE H. RUSCH
CLEMENS KOCHINKE
RICHARD LANDFIELD
BENJAMIN H. FLOWE, JR.
BRUCE ZAGARIS
JOHN A. ORDWAY
JAMES L. MARKETOS
JAY A. ROSENTHAL
RAY GOLD
ALEXANDER C. VINCENT
DANIEL FISHER-OWENS
KARL W. ABENDSCHEIN
LAINA C. WILK
JASON A. McCLURG

ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
TELEPHONE (202) 293-5555   FAX (202) 293-9035
WWW.BCR.US

THOMAS G. CORCORAN (1900-1981)
JAMES H. ROWE, JR. (1909-1984)

COUNSEL
THOMAS E. WILSON
EDWARD M. LURIA

October 16, 2007

By E-Mail <chrystal@gmpusa.com>
and First Class Mail

Chrystal L. Bobbitt, Esq.
In-House Litigation Counsel
Global Horizons Inc.
11111 Santa Monica Boulevard
Suite 1440
Los Angeles, CA 90025-3348

Re:   *Berliner, Corcoran & Rowe, L.L.P. v. Mordechai Orian, et al.* -- BCR
November 14, 2005 Engagement Letter

Dear Ms. Bobbitt:

Reference is made to the status conference held by Judge Koller-Kotally earlier today. Per your request, we are enclosing a copy of our firm's November 14, 2005 engagement letter relating to the referenced case. That letter speaks for itself and, as we have represented to the court, was signed by your client, Mordechai Orian, as "President of Global Horizons Inc. and Personally." That letter can also be found at Exhibit 1 to BCR's August 31, 2006 verified complaint.

Quite aside from our desire to have Mr. Orian financially responsible personally to pay our fees, Mr. Orian had to sign our engagement letter personally since he is a Named Respondent in the DOL Proceedings and our engagement letter had to make clear that we were representing in the DOL Proceedings both Respondent Global Horizons Inc., a corporation, and Respondent Mordechai Orian, a named individual.

Please let us know if you have any questions.

Sincerely,

Thomas E. Wilson

cc:   Eric N. Stravitz (w/enc.) <eric@metrodclaw.com>
            * * *
      John T. May (w/enc.) <jmay@jocs-law.com>

BERLINER, CORCORAN & ROWE, L.L.P.

THOMAS G. CORCORAN, JR.
WAYNE H. RUSCH
CLEMENS KOCHINKE
RICHARD LANDFIELD
BENJAMIN H. FLOWE, JR.
BRUCE ZAGARIS
JOHN A. ORDWAY
JAMES L. MARKETOS
JAY A. ROSENTHAL
MARY-ELLEN NOONE
ALEXANDER C. VINCENT
DANIEL FISHER-OWENS

ATTORNEYS-AT-LAW
1101 SEVENTEENTH STREET, N.W.
SUITE 1100
WASHINGTON, D.C. 20036-4798
TELEPHONE (202) 293-5555   FAX (202) 293-9035
WWW.BCR.US

THOMAS G. CORCORAN (1900-1981)
JAMES H. ROWE, JR. (1909-1984)

COUNSEL
THOMAS E. WILSON

November 14, 2005

PRIVILEGED AND CONFIDENTIAL

Mr. Mordechai Orian
President & Chief Strategic Officer
Global Horizons, Inc.
11111 Santa Monica Boulevard
Suite 1440
Los Angeles, California 90025-3348

Re: Global Horizons Inc. ("Global") -- U.S. Department of Labor ("DOL") Determination and Notice of Prospective Denial of Temporary Alien Agricultural Labor Certification for Three Years of Global and Mordechai Orian (File Number 1280844)

Dear Mr. Orian:

We are pleased that you have asked us to act as lead counsel in consultation with James S. Holt, Ph.D., of McGuiness Norris & Williams LLP in connection with the captioned matter now in process before DOL.

Our fees are based on our usual hourly rates, plus out-of-pocket expenses. The level of our rates are adjusted periodically, usually at the beginning of each calendar year. You will be billed monthly for hours actually worked on your behalf. We expect our statements to be paid in the normal course of business within thirty (30) days of receipt. We reserve the right to charge interest, at a rate of 1½ percent per month, on any balance over thirty (30) days and, if necessary, to withdraw from providing further services if the payment history is unsatisfactory.

Our bills are itemized. They reflect a summary of the work performed during the period, the attorneys who performed the work, the number of hours expended, and the attorneys' hourly rates. Out-of-pocket expenses are also itemized.

The hourly rates charged by our firm range from $140 to $410 per hour. My standard billing rate is currently $375 per hour. It is anticipated that I will be assisted in this matter by Alex Vincent and Jason McClurg of our firm. Alex Vincent's rate is $220 per hour and Jason McClurg's rate is $140 per hour. Other attorneys in the firm may be called on to assist in the representation. To the extent possible, and where appropriate, we will have the necessary work performed by more junior people in the firm in order to keep costs down as much as possible.

BERLINER, CORCORAN & ROWE

Mr. Mordechai Orian
November 14, 2005
Page 2

    If necessary to defend your or Global's interests in this case, we will seek outside help from professionals (e.g., expert witnesses, translators, private investigators, process servers, court reporters, and videographers) who possess the skills and experience we believe are needed for assistance. We anticipate needing to engage court reporters, videographers, and possibly translators for the depositions both sides anticipate taking in December 2005 and January 2006. Other such professionals are often necessary in some capacity during the course of an administrative proceeding. Of course, we will not engage any professionals (other than the court reporters, videographers, and translators just mentioned) without first consulting you.

    We have performed our usual conflicts check and we know of no reason why we cannot undertake the representation in this matter. In addition, it is the policy of our firm to require new clients to pay an up-front retainer amount before we perform significant work. In that regard, we request that you provide an up-front retainer of $20,000, $5000 of which we hereby acknowledge having received. We will deposit the full retainer amount in our operating account (not our trust account) and bill against it. Each month, we expect the retainer to be replenished until the conclusion of the representation. If any portion of the retainer amount remains unexpended at the end of our work, we will return the balance promptly.

    If the terms outlined herein are acceptable to you, please sign below and return a copy of this letter to us at your earliest convenience. In the meantime, should you have questions, please call.

                                                        Sincerely,

                                                        Thomas E. Wilson

I understand and agree to the above:

_____
Mordechai Orian
President of Global Horizons Inc.
and Personally

_____Nov. 15 2005_____
Date