UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| MORDECHAI ORIAN, et. al., | ) Case No. 1:06-CV-01543 |
|  | ) The Honorable Colleen Kollar-Kotelly |
|  | ) |
| *Defendants.* | ) |

**PROPOSED ORDER**

Upon considering Defendants' Motion for Leave to File First Amended Answer Counterclaims and Jury Demand, and any opposition thereto, and with good cause being shown, it is this _____ day of _____, 2007,

**ORDERED** that leave is granted for Defendants to file and serve their First Amended Answer Counterclaims and Jury Demand as proposed and attached to Defendants' Motion for Leave to File First Amended Answer Counterclaims and Jury Demand.

_____
Colleen Kollar-Kotelly
United States District Judge

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    John Tremaine May:    jmay@jocs-law.com
    Eric N. Stravitz:    Eric@metroDClaw.com


Dated this 21st day of December, 2007


 /s/ Chrystal L. Bobbitt, Esq.
Chrystal L. Bobbitt
Pro Hac Vice Counsel