UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, L.L.P., | ) |
| *Plaintiff,* | ) |
| v. | ) |
| MORDECHAI ORIAN, | ) Case No. 1:06-CV-01543 |
| GLOBAL HORIZONS, INC., | ) The Honorable Colleen Kollar-Kotelly |
| *Defendants.* | ) |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

In support of the accompanying Defendants' Motion for Summary Judgment, the Defendants assert the following undisputed material facts as to which there is no genuine issue for trial:

1. On or about November 15, 2005, Mordechai Orian signed a retainer agreement on behalf of Global Horizons, while acting in his capacity as President and Chief Strategic Officer of Global Horizons, for representation of Global Horizons, Inc. by Berliner Corcoran and Rowe regarding Department of Labor Proceedings. (Ex. A)

2. At no time was it discussed or agreed between Mr. Orian and BCR that the retainer agreement was for representation of two separate clients, Mordechai Orian personally, and Global Horizons. (Declaration of Mordechai Orian ("Orian Dec"))

3. At no time was it discussed or agreed between BCR and Mr. Orian that Mr. Orian would be personally liable for services rendered to Global Horizons. (Orian Dec.)

1

4. At no time was Mr. Orian informed that there may be a potential conflict of interest in BCR's representation if it represented both Mr. Orian personally, and Global Horizons. (Orian Dec.)

5. At no time did BCR explain the meaning or implication of including the words "and personally" in the signature block, nor was Mr. Orian advised to receive outside counsel before signing the agreement. (Orian Dec.)

6. The invoices from BCR indicate that they are for services performed for Global Horizons. (Ex. C)

7. No where in the final invoice demanding payment of all outstanding and current sums is there an indication that any work was performed for Mr. Orian personally as an individual, outside his capacity as an officer of Global. (Ex. C)

8. At no time was it discussed between BCR and Mr. Orian that any additional fees would be incurred as a result of the fact that the underlying action by the Department of Labor named Global Horizons and Mordechai Orian as respondents. (Dec. of Orian)

9. Plaintiff has asserted that Mordechai Orian is liable both as an individual client and as a guarantor for services rendered to Global. (Ex. B)

10. The Final Invoice from indicates that it is for "FOR PROFESSIONAL SERVICES RENDERED ON BEHALF OF GLOBAL HORIZONS INC" and demands payment of $177,138,36, the total amount of damages (excluding interest) claimed to be owing in this case by BCR. (Ex. C)

11. The final invoice does not the performance of any services for any client other than Global.

12. There was only one retainer agreement and there was only one retainer fee requested to commence representation.(Ex. A).

Dated: December 31st, 2007                 Respectfully submitted,

                                                                                                 MESIROW & STRAVITZ, PLLC

By:   /s/ Chrystal L. Bobbitt                                 By:   /s/ Eric N. Stravitz
Chrystal L. Bobbitt, Esq. (CA Bar # 218544)       Eric N. Stravitz  (D.C. Bar #438093)
11111 Santa Monica Blvd.                                   1307 New Hampshire Avenue, NW
Suite 1440                                                            Suite 400
Los Angeles, CA. 90025                                      Washington, DC 20036
P: (310)234-8475 x106                                         P:  (202) 463-0303
F: (310)234-0786                                                 F:  (202) 861-8858
chrystal@gmpusa.com                                       Eric@metroDClaw.com

*Lead Counsel, Pro hac vice for Defendants*     *Local Counsel for Defendants Mordechai*
*Mordechai Orian and Global Horizons, Inc.*     *Orian and Global Horizons, Inc.*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of December, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/EF system which will send a notice of electronic filing to the following counsel or parties of records, except as otherwise noted:

**John Tremain May**                                                          **BERLINER CORCORAN &**
JORDAN, COYNE & SAVITS LLP         representing        **ROWE LLP**
1100 Connecticut Avenue, NW                                           *(Counter Defendant)*

Room 600
Washington, DC 20036
(202) 496-2805
(202) 496-2800 (fax)
jmay@jocs-law.com
*LEAD ATTORNEY*

**Jason Aaron McClurg**
BERLINER CORCORAN & ROWE L.L.P.
1101 17th Street,NW
Suite 1100
Washington, DC 20036
(202) 293-5555
jam@bcr-dc.com

representing

**BERLINER CORCORAN & ROWE LLP**
*(Plaintiff)*

**Eric Neil Stravitz**
MESIROW & STRAVITZ, PLLC
1307 New Hampshire Avenue NW
Suite 400
Washington, DC 200036
(202) 463-0303
(202) 861-8858 (fax)
eric@metroDClaw.com

representing

**MORDECHAI ORIAN**
*(Defendant)*

**Thomas Edward Wilson**
BERLINER, CORCORAN & ROWE, L.L.P.
1101 17th Street, NW
Suite 1100
Washington, DC 20036-4798
(202) 293-5555
(202) 293-9035 (fax)
twilson@bcr-dc.com

representing

**BERLINER CORCORAN & ROWE LLP**
*(Plaintiff)*