UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, LLP : | |
| : | |
| *Plaintiff-* : | |
| *Counterclaim Defendant,* : | |
| : | |
| v. : | Case No.: 1:06-CV-01543(CKK) |
| : | |
| MORDECHAI ORIAN, et al. : | |
| : | |
| *Defendants -* : | |
| *Counterclaimants.* : | |

PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER, COUNTERCLAIMS AND JURY DEMAND

Defendants have filed a Motion with this Court for Leave to File a First Amended Answer, Counterclaims and Jury Demand pursuant to Federal Rule of Civil Procedure 15. This Motion replaces an earlier Motion to Amend that was filed without any effort by counsel for Defendants to meet and confer with counsel for Plaintiff in an attempt to narrow the issues addressed by the Motion.[1]

As support for this Motion, Defendants state:

> In the course of its investigation of this case and in preparing responses to Plaintiff's discovery requests, Defendants' counsel has interviewed potential witnesses and have reviewed hundreds of relevant documents. Through this investigation, Defendants' counsel has identified allegations contained in the Answer and Counterclaims that are inaccurate, as well as additional uncovered evidence.

---

[1] In the current Motion, Defendants excuse their continued failure to do so, "based on Plaintiff's previously filed Opposition to this Motion as well as Plaintiff's expressed [sic] at the Status Conference on October 29, 2007, of its vehement Opposition." Nevertheless, the required conference did not occur.

Rule 15(a) provides that, in the absence of consent, a Party may amend its pleading more than twenty (20) days after it is served only by leave of Court and leave shall be freely given when justice requires. In this case, justice requires that the Motion be denied. As the Court is now well aware, Defendants have steadfastly refused to produce documents in this case, notably, communications with counsel in the DOL proceedings, that are essential to Plaintiff's defense of the Counterclaim. As a result, Plaintiff's ability to discover the factual basis for many of the claims made by Defendants has been effectively foreclosed by this refusal to produce. In addition, Defendants have yet to provide Plaintiffs with any filings from the DOL matter, despite an outstanding Order by this Court to do so.

At the same time, Defendants' investigation in this matter continues unabated, and the fruits of that investigation are offered as justification for this Motion to Amend. Plaintiff submits that, in the interest of justice, a Motion based upon Defendants' ongoing investigation is wholly inappropriate when Plaintiff has been foreclosed from doing any investigation in this matter through discovery.

Plaintiff submits that justice requires that Defendants not be allowed to amend their pleadings until Plaintiff is given an opportunity to participate equally in the investigation of this matter.

For this reason Plaintiff respectfully requests that the Motion be denied.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.


By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555
   Plaintiff, *Pro Se*


JORDAN COYNE & SAVITS, L.L.P.


By: /s/ John Tremain May
   John Tremain May #294199
   1100 Connecticut Ave., N.W., Suite 600
   Washington, D.C. 20036
   (202) 496-2805 – (202) 496-2800 (fax)
   jmay@jocs-law.com
   Attorneys for Berliner, Corcoran & Rowe,
   L.L.P. in defense of the Counterclaim