UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

O R D E R

Upon consideration of Defendants' Motion for Leave to File First Amended Answer Counterclaims and Jury Demand, and the Opposition thereto, it is this _____ day of _____, 2008,

ORDERED, that the Motion be, and hereby is, DENIED without prejudice.

_____
United States Judge

copies electronically served on:

Chrystal L. Bobbitt, Esquire
Eric N. Stravitz, Esquire
Thomas E. Wilson, Esquire
John Tremain May, Esquire