UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, LLP  :
                                :
            *Plaintiff-*         :
     *Counterclaim Defendant,*   :
                                :
v.                              :      Case No.: 1:06-CV-01543(CKK)
                                :
MORDECHAI ORIAN, et al.         :
                                :
          *Defendants -*         :
       *Counterclaimants.*       :

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS TO INDIVIDUAL
LIABILITY OF MORDECHAI ORIAN OR IN THE ALTERNATIVE
SUMMARY ADJUDICATION AND CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Berliner, Corcoran & Rowe, L.L.P., *pro se* and by counsel, pursuant to Local

Rule 5.1(j) and D.C. Rule of Professional Conduct 1.6, hereby moves this Honorable Court for

leave to file the attached Plaintiff's Opposition to Motion for Summary Judgment as to

Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross

Motion for Summary Judgment and exhibits related thereto under seal.

In support of this Motion, Plaintiff submits the attached Memorandum of Points and

Authorities.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this Motion

and grant leave to file under seal Plaintiff's Opposition to Motion for Summary Judgment as to

Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross

Motion for Summary Judgment and exhibits related thereto .


RECEIVED
JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
    Thomas E. Wilson #132704
    Jason A. McClurg #491172
    1101 17th Street, N.W., Suite 1100
    Washington, DC 20036-4798
    (202) 293-5555
    Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C. 20036
    (202) 496-2805 – (202) 496-2800 (fax)
    jmay@jocs-law.com
    Attorneys for Berliner, Corcoran & Rowe,
    L.L.P. in defense of the Counterclaim

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Leave to File Under Seal its Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment, and the attached Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment was mailed by first class mail and sent by e-mail this 18th day of January, 2008 to:

Chrystal L. Bobbitt, Esquire
11111 Santa Monica Blvd. Suite 1440
Los Angeles, CA. 90025

Eric Neil Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
1307 New Hampshire Avenue NW
Suite 400
Washington, DC 200036

                    /s/ John Tremain May
                    John Tremain May

- 3 -

RECEIVED
JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BERLINER, CORCORAN & ROWE, LLP    :
                                                :
            *Plaintiff-*
            *Counterclaim Defendant,*    :
                                                :
v.                                      :     Case No.: 1:06-CV-01543(CKK)
                                              :
MORDECHAI ORIAN, et al.         :
                                              :
            *Defendants -*
            *Counterclaimants.*       :

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF ITS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS TO**
**INDIVIDUAL LIABILITY OF MORDECHAI ORIAN OR IN THE ALTERNATIVE**
**SUMMARY ADJUDICATION AND CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Berliner, Corcoran & Rowe, L.L.P., by counsel, pursuant to Local Rule 5.1(j)

and D.C. Rule of Professional Conduct 1.6, hereby submits this Memorandum of Points and

Authorities in Support of its Motion for Leave to File Under Seal Plaintiff's Opposition to

Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the

Alternative Summary Adjudication and Cross Motion for Summary Judgment and exhibits

related thereto.

Defendant Mordechai Orian filed his Motion for Summary Judgment alleging, inter alia,

that there is no evidence that he is a party to the November 14, 2005 engagement agreement that

he signed personally and on behalf of Global Horizons, Inc.  In order to oppose Defendant

Orian's Motion, it is necessary for Plaintiff to disclose confidences and secrets relating to

Plaintiff's representation of Mr. Orian and Global Horizons that would fall within the scope of

D.C. Rule of Professional Responsibility 1.6.  Although Plaintiff recognizes that it is entitled to

reveal such confidences and secrets to the extent reasonably necessary to defend itself from a civil claim, Rule 1.6(e)(3) and to the minimum extent necessary in an action to collect a fee, Rule 1.6(e)(5), it recognizes that it should limit the disclosure to those having a need to know it. Rule 1.6 Comment 27. Thule, while this information should be disclosed in order for this Honorable Court to rule on the pending motion, it should not become part of the visible record, accessible via the ECF system.

Accordingly, Plaintiff, pursuant to Local Rule 5.1(j), respectfully requests that its Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment and exhibits related thereto be accepted under seal. Because of the pervasive nature of the attorney-client information contained in these documeents, Plaintiff requests that the entire Opposition be placed under seal.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant leave to file under seal Plaintiff's Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment and exhibits related thereto. A proposed Order is attached.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By:  /s/ Thomas E. Wilson
    Thomas E. Wilson #132704
    Jason A. McClurg #491172
    1101 17th Street, N.W., Suite 1100
    Washington, DC 20036-4798
    (202) 293-5555
    Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.

By:  /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C.  20036
    (202) 496-2805 – (202) 496-2800 (fax)
    jmay@jocs-law.com
    Attorneys for Berliner, Corcoran & Rowe,
    L.L.P. in defense of the Counterclaim