UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, LLP     :
:
*Plaintiff-*
*Counterclaim Defendant,*           :
:
v.                                  :     Case No.: 1:06-CV-01543(CKK)
:
MORDECHAI ORIAN, et al.             :
:
*Defendants -*                      :
*Counterclaimants.*                 :

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Under Seal Plaintiff's Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment, and for good cause shown, it is by the Court this _____ day of _____, 2008

ORDERED, that the Motion for Leave to File Under Seal is GRANTED; and it is further

ORDERED, that the Clerk will fill under seal Plaintiff's Motion for Leave to File Under Seal Plaintiff's Opposition to Motion for Summary Judgment as to Individual Liability of Mordechai Orian or in the Alternative Summary Adjudication and Cross Motion for Summary Judgment and the exhibits related thereto.

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire