UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, LLP   :
                                  :
   *Plaintiff-*                    :
   *Counterclaim Defendant,*       :
                                  :
v.                                :   Case No.: 1:06-CV-01543(CKK)
                                  :
MORDECHAI ORIAN, et al.           :
                                  :
   *Defendants -*                 :
   *Counterclaimants.*            :

**JOINT DISCOVERY PLAN**

The Parties hereby submit the following Joint Discovery Plan:

1. Defendants produce documents previously withheld from production because of attorney-client privilege and work product now covered by Protective Order by April 7.

2. Defendants identify Experts by June 1, 2008.

3. Counter Defendants identify Experts by July 1, 2008.

4. All discovery closed by September 1, 2008.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555
   Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.


By:  /s/ John Tremain May
    John Tremain May #294199
    1100 Connecticut Ave., N.W., Suite 600
    Washington, D.C.  20036
    (202) 496-2805 –  (202) 496-2800 (fax)
    jmay@jocs-law.com
    Attorneys for Berliner, Corcoran & Rowe,
    L.L.P. in defense of the Counterclaim



By:  /s/ Chrystal L. Bobbitt
Chrystal L. Bobbitt (CA Bar No. 218544)
11111 Santa Monica Blvd., Suite 1440
Los Angeles, CA 90025
Tel: (310)234-8475  Fax: (310)234-0786
Attorneys for Defendants Mordechai Orian and
Global Horizons, Inc.


By:  /s/ Eric N. Stravitz
Eric N. Stravitz (DC Bar #438093)
1307 New Hampshire Avenue, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 463-0303  Fax: (202) 861-8858
Attorneys for Defendants Mordechai Orian and
Global Horizons, Inc.