UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER CORCORAN & ROWE LLP,

Plaintiff,

v.

MORDECHAI ORIAN, *et al.*

Defendant.

Civil Action No. 06-1543 (CKK)

**ORDER**
(March 10, 2008)

Defendants filed a [47] Motion for Leave to File a First Amended Answer, Counterclaims, and Jury Demand pursuant to Federal Rule of Civil Procedure 15. Plaintiff opposed this Motion arguing that Defendants had improperly refused to turn over certain discovery to Plaintiff, but had proceeded unabated with its own investigation of the facts for purposes of the instant Motion. As Defendants shall produce these previously withheld documents to Plaintiff on or before April 7, 2008, *see* Min. Order dated March 10, 2008, the Court shall grant Defendant's [47] Motion.

According, it is, this 10th day of March, 2008, hereby

**ORDERED** that Defendants' [47] Motion to file a First Amended Answer, Counterclaims, and Jury Demand is granted.

**SO ORDERED.**

Date: March 10, 2008

                                                */s/*
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge