## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant*, | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants*. | : | |

### REPLY OF BERLINER, CORCORAN & ROWE, L.L.P. TO DEFENDANTS' AMENDED COUNTERCLAIM

Berliner, Corcoran & Rowe, L.L.P. [hereinafter "BCR"], by counsel, hereby submits its Reply to the Amended Counterclaim of Mordechai Orian and Global Horizons, Inc. [hereinafter "Counterclaimants"].

### FIRST DEFENSE

The Amended Counterclaim fails to state a claim upon which relief may be granted to the Counterclaimants.

### SECOND DEFENSE

1. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 1 of the Amended Counterclaim and demands strict proof thereof.

2. BCR avers that the documents described in paragraph 2 of the Amended Counterclaim speak for themselves and denies any allegations inconsistent therewith. BCR denies any remaining allegations that may appear in that paragraph.

3.      BCR admits the allegations set forth in the first and third sentences of paragraph 3 of the Amended Counterclaim.  BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in the second sentence of paragraph 3 of the Amended Counterclaim and demands strict proof thereof.

4.      BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 4 of the Amended Counterclaim and demands strict proof thereof.

5.      BCR denies the allegations set forth in paragraph 5 of the Amended Counterclaim.

6.      BCR denies the allegations set forth in paragraph 6 of the Amended Counterclaim.

7.      BCR denies the allegations set forth in paragraph 7 of the Amended Counterclaim.

8.      Plaintiff admits that Global Horizons sent a check dated April 14, 2005, payable to Berliner, Corcoran & Rowe, L.L.P., in the amount of $5000.  Plaintiff denies all allegations in paragraph 8 of the Amended Counterclaim that are inconsistent with this averment.

9.      BCR admits that the document described in paragraph 9 of the Amended Counterclaim is attached to the Complaint as Exhibit 1.  BCR further avers that the document speaks for itself and denies any allegations inconsistent therewith.  BCR denies the remaining allegations in paragraph 9 of the Amended Counterclaim.

10.     BCR avers that the document described in the first, third and fourth sentences of the Amended Counterclaim speaks for itself and denies any allegations inconsistent therewith.

BCR denies the allegations set forth in the second sentence of paragraph 10 of the Amended Counterclaim.

      11.    BCR denies the allegations set forth in paragraph 11 of the Amended Counterclaim.

      12.    BCR denies the allegations set forth in paragraph 12 of the Amended Counterclaim.

      13.    BCR denies the allegations set forth in paragraph 13 of the Amended Counterclaim.

      14.    BCR denies the allegations set forth in paragraph 14 of the Amended Counterclaim.

      15.    BCR denies the allegations set forth in paragraph 15 of the Amended Counterclaim.

      16.    BCR avers that the documents described in paragraph 16 of the Amended Counterclaim speaks for themselves and denies any allegations inconsistent therewith.

      17.    BCR denies the allegations set forth in paragraph 17 of the Amended Counterclaim.

      18.    BCR denies the allegations set forth in paragraph 18 of the Amended Counterclaim.

      19.    BCR denies the allegations set forth in paragraph 19 of the Amended Counterclaim.

      20.    BCR avers that complex factual and legal issues arose in the defense of Global and Orian in the consolidated DOL proceedings. BCR denies the allegations set forth in the first

sentence of paragraph 20 of the Amended Counterclaim, to the extent they are inconsistent with this averment. BCR denies the allegations set forth in the second sentence of paragraph 20 of the Amended Counterclaim.

21. BCR admits the allegations set forth in the second sentence of paragraph 21 of the Amended Counterclaim. BCR denies the remaining allegations set forth in paragraph 21 of the Amended Counterclaim.

22. BCR denies the allegations set forth in the first, second and fourth sentences of paragraph 22 of the Amended Counterclaim. BCR avers that the documents described in the third sentence of paragraph 22 of the Amended Counterclaim speak for themselves and BCR further denies any allegations inconsistent therewith and any allegation that BCR breached the standard of care in connection with the preparation of those documents. As to the fifth sentence of paragraph 22 of the Amended Counterclaim, Defendant admits that a Motion for Protective Order was not filed by BCR before discovery was stayed, and BCR further denies any breach of the standard of care in connection therewith. BCR avers that the documents described in the sixth sentence of paragraph 22 of the Amended Counterclaim speaks for themselves and BCR further denies any allegations inconsistent therewith and any allegation that BCR breached the standard of care in connection with the preparation of those documents.

23. BCR denies the allegations set forth in the first three sentences of paragraph 23 of the Amended Counterclaim. BCR admits the allegations in the fourth sentence of paragraph 23 of the Amended Counterclaim and further denies any breach of the standard of care in connection therewith.

24. BCR denies the allegations set forth in paragraph 24 of the Amended Counterclaim.

25. BCR avers that there was one face to face settlement discussion between the DOL and Orian, Ben Ezra, Stanton, Wilson, Vincent on January 30, 2006. Thereafter, settlement communications were between BCR and DOL. BCR denies any allegations inconsistent with these averments.

26. BCR denies the allegations set forth in paragraph 26 of the Amended Counterclaim.

27. BCR denies the allegations set forth in paragraph 27 of the Amended Counterclaim.

28. BCR denies the allegations set forth in paragraph 28 of the Amended Counterclaim.

29. BCR denies the allegations set forth in the first, third and fourth sentences of paragraph 29 of the Amended Counterclaim. BCR denies the allegations set forth in the second sentence of paragraph 29 of the Amended Counterclaim, as worded.

30. BCR avers that the document described in paragraph 30 of the Amended Counterclaim speaks for itself and denies any allegations inconsistent therewith. BCR denies the remaining allegations set forth in that paragraph.

31. BCR denies the allegations set forth in the first sentence of paragraph 31 of the Amended Counterclaim, as worded. BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in the second sentence of paragraph 31 of

the Amended Counterclaim and demands strict proof thereof. BCR denies the allegations set forth in the third sentence of paragraph 31 of the Amended Counterclaim.

32.  BCR is currently without knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 32 of the Amended Counterclaim and demands strict proof thereof.

33.  BCR denies the allegations set forth in paragraph 33 of the Amended Counterclaim.

34.  As to the first sentence of paragraph 34 of the Amended Counterclaim, BCR avers that it withdrew from the proceedings on June 20, 2006, and denies any allegations inconsistent with this averment. BCR denies the allegations set forth in the second sentence of paragraph 34 of the Amended Counterclaim, as worded.

35.  BCR admits the allegations set forth in paragraph 35 of the Amended Counterclaim.

FIRST COUNTERCLAIM

36.  BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 35 of this Reply to the Amended Counterclaim.

37.  BCR denies the allegations set forth in paragraph 37 of the Amended Counterclaim.

38.  BCR denies the allegations set forth in paragraph 38 of the Amended Counterclaim.

39.  BCR denies the allegations set forth in paragraph 39 of the Amended Counterclaim.

40. BCR denies the allegations set forth in paragraph 40 of the Amended Counterclaim.

41. BCR denies the allegations set forth in paragraph 41 of the Amended Counterclaim.

## SECOND COUNTERCLAIM

42. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 41 of this Reply to the Amended Counterclaim.

43. BCR denies the allegations set forth in paragraph 43 of the Amended Counterclaim, as worded.

44. Paragraph 44 of the Amended Counterclaim sets forth a legal contention that requires no averment from BCR. BCR denies any factual allegations that may be asserted therein.

45. BCR denies the allegations set forth in paragraph 45 of the Amended Counterclaim.

46. BCR denies the allegations set forth in paragraph 46 of the Amended Counterclaim.

## THIRD COUNTERCLAIM

47. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 46 of this Reply to the Amended Counterclaim.

48. BCR denies the allegations set forth in paragraph 48 of the Amended Counterclaim, as worded.

49. BCR denies the allegations set forth in paragraph 49 of the Amended Counterclaim.

50. BCR denies the allegations set forth in paragraph 50 of the Amended Counterclaim.

51. BCR denies the allegations set forth in paragraph 51 of the Amended Counterclaim.

52. BCR denies the allegations set forth in paragraph 52 of the Amended Counterclaim.

53. BCR denies the allegations set forth in paragraph 53 of the Amended Counterclaim.

54. BCR denies the allegations set forth in paragraph 54 of the Amended Counterclaim.

### FOURTH COUNTERCLAIM

55. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 54 of this Reply to the Amended Counterclaim.

56. BCR denies the allegations set forth in paragraph 56 of the Amended Counterclaim, as worded.

57. BCR denies the allegations set forth in paragraph 57 of the Amended Counterclaim.

58. BCR denies the allegations set forth in paragraph 58 of the Amended Counterclaim.

59. BCR denies the allegations set forth in paragraph 59 of the Amended Counterclaim.

60. BCR denies the allegations set forth in paragraph 60 of the Amended Counterclaim.

61. BCR denies the allegations set forth in paragraph 61 of the Amended Counterclaim.

62. BCR denies the allegations set forth in paragraph 62 of the Amended Counterclaim.

## FIFTH COUNTERCLAIM

63. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 62 of this Reply to the Amended Counterclaim.

64. BCR denies the allegations set forth in paragraph 64 of the Amended Counterclaim.

65. BCR denies the allegations set forth in paragraph 65 of the Amended Counterclaim.

66. BCR denies the allegations set forth in paragraph 66 of the Amended Counterclaim.

67. BCR denies the allegations set forth in paragraph 67 of the Amended Counterclaim.

## SIXTH COUNTERCLAIM

68. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 67 of this Reply to the Amended Counterclaim.

69. BCR denies the allegations set forth in paragraph 69 of the Amended Counterclaim as worded.

70. Paragraph 70 of the Amended Counterclaim sets forth a legal contention that requires no averment from BCR. BCR denies any factual allegations that may be asserted therein.

71. BCR denies the allegations set forth in paragraph 71 of the Amended Counterclaim.

72. BCR denies the allegations set forth in paragraph 72 of the Amended Counterclaim.

73. BCR denies the allegations set forth in paragraph 73 of the Amended Counterclaim.

74. BCR denies the allegations set forth in paragraph 74 of the Amended Counterclaim.

75. BCR denies the allegations set forth in paragraph 75 of the Amended Counterclaim.

76. BCR denies the allegations set forth in paragraph 76 of the Amended Counterclaim.

SEVENTH COUNTERCLAIM

77. BCR incorporates herein by reference each and every averment set forth in paragraphs 1 through 76 of this Reply to the Amended Counterclaim.

78. BCR admits this allegation with the understanding that the retention described in this paragraph occurred on November 14, 2005.

79. Paragraph 79 of the Amended Counterclaim sets forth a legal contention that requires no averment from BCR. BCR denies any factual allegations that may be asserted therein.

80. BCR denies the allegations set forth in paragraph 80 of the Amended Counterclaim.

81. BCR denies the allegations set forth in paragraph 81 of the Amended Counterclaim.

82. BCR denies the allegations set forth in paragraph 82 of the Amended Counterclaim.

BCR denies the allegations set forth in the "Wherefore" paragraph of the Amended Counterclaim and denies that Counterclaimants are entitled to the relief requested therein.

### THIRD DEFENSE

BCR denies all allegations not specifically admitted herein and denies that the Counterclaimants are entitled to judgment as prayed for in the Amended Counterclaim.

### FOURTH DEFENSE

BCR avers that Counterclaimants' claims are barred, in whole or in part, by the doctrine of failure to mitigate damages.

### FIFTH DEFENSE

BCR avers that the injuries, losses and damages, if any, suffered by the Counterclaimants are the result of their sole and/or contributory negligence.

### SIXTH DEFENSE

BCR avers that Counterclaimants' claims are barred by the doctrine of estoppel and/or collateral estoppel.

### SEVENTH DEFENSE

BCR avers that Counterclaimants' claims are barred by the doctrine of waiver.

### EIGHTH DEFENSE

BCR avers that the injuries, losses and damages, if any, suffered by the Counterclaimants are the result of their voluntary assumption of the risk.

### NINTH DEFENSE

BCR avers that Counterclaimants' claims are barred by the doctrine of fraud.

### TENTH DEFENSE

BCR avers that Counterclaimants' claims are barred by the doctrines of <u>in pari delicto</u> and/or unclean hands.

### ELEVENTH DEFENSE

BCR avers that Counterclaimants' claims are barred, in whole or in part, by the doctrine of laches.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.

By: /s/ Thomas E. Wilson
    Thomas E. Wilson #132704
    Jason A. McClurg #491172
    1101 17th Street, N.W., Suite 1100
    Washington, DC 20036-4798
    (202) 293-5555
    Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.


By:   /s/ John Tremain May
     John Tremain May #294199
     1100 Connecticut Ave., N.W., Suite 600
     Washington, D.C.  20036
     (202) 496-2805 –  (202) 496-2800 (fax)
     jmay@jocs-law.com
     Attorneys for Berliner, Corcoran & Rowe,
     L.L.P. in defense of the Counterclaim