UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERLINER, CORCORAN & ROWE, LLP, <br><br> Plaintiffs, <br><br> v. <br><br> MORDECHAI ORIAN AND GLOBAL HORIZONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 06-01543 (CKK) |

# MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENA DUCES TECUM DATED APRIL 10, 2008

Pursuant to Fed. R. Civ. P. 26(c), Siff & Lake, LLP moves for a protective order establishing a procedure for responding to a subpoena for a former client's records. A partner of Siff & Lake, Monte B. Lake, received a subpoena dated April 9, 2008 demanding that he produce documents relating to his former client, Global Horizons, Inc. ("Global"). The documents were gathered over the course of the next week and, given the serious ethical issues involving the proper handling of former client files, potentially responsive documents were delivered to Global so that it could assert any applicable privileges. This motion seeks an order approving this procedure.

Pursuant to Local Rule 7.1(m), an attempt was made to obtain the consent of the parties. Counsel for Plaintiff declined his consent. Counsel for Global Horizons consented to the entry of the requested relief.

Dated:  May 6, 2008  				Respectfully submitted,


					/s/ Monte B. Lake_____
					Monte B. Lake
					Wendel V. Hall
					Siff & Lake, LLP
					1020 Sixteenth Street, N.W., Suite 200
					Washington, D.C. 20036
					(202) 457-7770 (p)
					(202) 457-7776 (fax)
					mbl@scllaw.com
					wvh@scllaw.com


**CERTIFICATE OF SERVICE**

	This is to certify that on May 6, 2008, the foregoing Motion For A Protective Order, together with a memorandum of points and authorities in support thereof and a proposed order, was served by forwarding an electronic copy thereof to the Court's electronic filing service (dcd_cmecf@dcd.uscourts.gov) consistent with the direction of the docket clerk in the Clerk's Office.  It is counsel's understanding that the parties in the case will be served automatically when these documents are entered into the Court's docket.



					/s/ Monte B. Lake_____
					Monte B. Lake