UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 06-01543 (CKK) |
| MORDECHAI ORIAN AND GLOBAL HORIZONS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Having considered Siff & Lake's Motion For Protective Order Regarding Subpoena *Duces Tecum* Dated April 9, 2008, the Memorandum of Points and Authorities in Support, the proposed Order, Plaintiff's Opposition, Defendant's consent, and the entire record herein, it is, this \_\_\_\_ day of \_\_\_\_, 2008:

ORDERED:   that Siff & Lake may appear for the purpose of presenting this motion; and it is

FURTHER ORDERED:   that Siff & Lake's delivery of documents to its former client, Global Horizons, shall be deemed to have complied with its obligations under the subpoena dated April 9, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge

cc:

Chrystal Bobbit, Esq.
Global Horizons, Inc.
11111 Santa Monica Blvd.,
Suite 1440
Los Angeles, CA  90025

John T. May, Esq.
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036