UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-* | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -* | : | |
| *Counterclaimants.* | : | |

**O R D E R**

Upon consideration of the Motion For Protective Order Regarding Subpoena Duces Tecum Dated April 10, 2008, and Plaintiff's Response, it is, this _____ day of _____, 2008,

ORDERED, that Monte B. Lake be required to produce to Plaintiff, within ten (10) days of the date of this Order, all documents responsive to that Subpoena

.

———————————————————
UNITED STATES JUDGE

cc:   John Tremain May, Esquire
      Thomas E. Wilson, Esquire
      Chrystal Bobbitt, Esquire
      Eric Stravitz, Esquire