UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER CORCORAN & ROWE LLP,

    Plaintiff,

    v.

MORDECHAI ORIAN, *et al.*

    Defendants.

Civil Action No. 06-1543 (CKK)

**ORDER**
(May 27, 2008)

Currently before the Court is third-party Siff & Lake, LLP's ("Siff & Lake") Motion for a Protective Order filed on May 6, 2008. The Motion concerns a subpoena duces tecum served by Plaintiff Berliner Corcoran & Rowe LLP ("BCR") on Siff & Lake dated April 9, 2008. Siff & Lake asks the Court to authorize its disclosure of responsive documents to Defendant Global Horizons, Inc. ("Global"), a former client of Monte B. Lake (a member of Siff & Lake), rather than to BCR, the party that issued the subpoena. The purported reason for Siff & Lake's request is that it feels an obligation to its former client to withhold the documents from disclosure because Global may wish to assert certain privileges as to the documents. The Motion also indicates that the documents were produced to Global on May 3, 2008. BCR filed a Response to the Motion for a Protective Order on May 19, 2008, arguing that these documents are appropriate for discovery, and that Defendants have already agreed to produce documents previously withheld from production based on the attorney-client privilege or work product doctrine. The Response further argues that the documents are properly produced to BCR, the party issuing the subpoena, and not to Global.

Based on the above, it is, this 27th day of May, 2008, hereby

**ORDERED** that the [60] Motion for a Protective Order is DENIED; it is further

**ORDERED** that if Defendants believe the documents produced by Siff & Lake LLP should not be produced to Plaintiff, Defendants shall file a Motion to Quash or Modify the subpoena duces tecum no later than June 3, 2008, that also specifically indicates which documents produced by Siff & Lake it believes should not be produced to Plaintiff; it is further

**ORDERED** that if Defendants do not file a Motion to Quash or Modify by June 3, 2008, Siff & Lake shall produce all responsive documents directly to Plaintiff on or before June 10, 2008; and it is further

**ORDERED** that if Defendants file a Motion to Quash or Modify by June 3, 2008, the Court shall set a schedule for further proceedings, during which Siff & Lake shall maintain copies of all responsive documents until further order of the Court.

**SO ORDERED.**

Date: May 27, 2008

                                                            /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge