UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| | : | |
| *Plaintiff-*  *Counterclaim Defendant*, | : | |
| | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| | : | |
| MORDECHAI ORIAN, et al. | : | |
| | : | |
| *Defendants -*  *Counterclaimants*. | : | |

**O R D E R**

Upon consideration of the Defendants' Ex-Parte Motion to Stay Discovery Pending the Court's Ruling on Defendants' Motion for Summary Judgment and to Extend Time to file Defendants' Rule 26(a)(2)(b) Statement and the Opposition thereto, it is this _____ day of _____, 2008,

ORDERED, that the Motion be and hereby is DENIED.

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Chrystal L. Bobbitt, Esquire
Eric Neil Stravitz, Esquire