UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER CORCORAN & ROWE LLP,

    Plaintiff,

    v.

MORDECHAI ORIAN, *et al.*

    Defendants.

Civil Action No. 06-1543 (CKK)

**ORDER**
(July 2, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 2nd day of July, 2008, hereby

**ORDERED** that Defendants' [48] Motion for Summary Judgment, or in the alternative, Summary Adjudication, is denied-in-part and denied-without-prejudice-in-part; it is further

**ORDERED** that Plaintiff's [52] Cross-Motion for Summary Judgment is denied-in-part and denied-without-prejudice-in-part; it is further

**ORDERED** that Defendants' claim that the Parties' Retainer Agreement violated District of Columbia Rule of Professional Conduct 1.13 is denied with prejudice, and Plaintiff's claim that Mordechai Orian is individually liable as a matter of law based on the language of the Retainer Agreement is denied with prejudice.

**SO ORDERED.**

                                                 /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge