UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERLINER, CORCORAN & ROWE, LLP :
:
*Plaintiff-* :
*Counterclaim Defendant,* :
:
v. : Case No.: 1:06-CV-01543(CKK)
:
MORDECHAI ORIAN, et al. :
:
*Defendants -* :
*Counterclaimants*. :

**JOINT MOTION TO EXTEND DISCOVERY CUT-OFF DATE**

The parties, by counsel, jointly requests that the Court extend the Discovery cut-off date until January 31, 2009. Although the parties have engaged in discovery, including the production of documents from third-party witnesses, the busy schedules of counsel for both sides plus the uncertainty created by the Defendants' prior Motion to stay have made it impossible for the parties to complete discovery within the current deadline.

The parties are engaged in ongoing discussions to set dates for fact depositions to be taken in this case, but the existing trial schedule of Defendants' counsel prevents the taking of any depositions in September or October. For example, the parties have set aside November 3 and 4 to take party depositions in California. This is the earliest date counsel could arrange at this time. As a result, a new deadline of January 31, 2009, is requested to avoid further scheduling difficulties.

For these reasons set forth herein, the parties respectfully requests that the Motion be granted.

Respectfully submitted,

BERLINER, CORCORAN & ROWE, L.L.P.


By: /s/ Thomas E. Wilson
   Thomas E. Wilson #132704
   Jason A. McClurg #491172
   1101 17th Street, N.W., Suite 1100
   Washington, DC 20036-4798
   (202) 293-5555
   Plaintiff, *Pro Se*

JORDAN COYNE & SAVITS, L.L.P.


By: /s/ John Tremain May
   John Tremain May #294199
   1100 Connecticut Ave., N.W., Suite 600
   Washington, D.C. 20036
   (202) 496-2805 – (202) 496-2800 (fax)
   jmay@jocs-law.com
   Attorneys for Berliner, Corcoran & Rowe,
   L.L.P. in defense of the Counterclaim



By: /s/ Chrystal L. Bobbitt
Chrystal L. Bobbitt (CA Bar No. 218544)
11111 Santa Monica Blvd., Suite 1440
Los Angeles, CA 90025
Tel: (310)234-8475  Fax: (310)234-0786
Attorneys for Defendants Mordechai Orian and
Global Horizons, Inc.


By: /s/ Eric N. Stravitz
Eric N. Stravitz (DC Bar #438093)
1307 New Hampshire Avenue, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 463-0303  Fax: (202) 861-8858
Attorneys for Defendants Mordechai Orian and
Global Horizons, Inc.