UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BERLINER, CORCORAN & ROWE, LLP | : | |
| *Plaintiff-Counterclaim Defendant*, | : | |
| v. | : | Case No.: 1:06-CV-01543(CKK) |
| MORDECHAI ORIAN, et al. | : | |
| *Defendants - Counterclaimants*. | : | |

**O R D E R**

Upon consideration of the Joint Motion to Extend Discovery Cutoff Date, it is this _____ day of _____, 2008,

ORDERED, that the Motion be, and hereby is, GRANTED; and that Discovery shall conclude the 31st day of January, 2009.

_____
United States Judge

copies electronically served on:

Thomas E. Wilson, Esquire
John Tremain May, Esquire
Chrystal L. Bobbitt, Esquire
Eric N. Stravitz, Esquire